# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2004 FEB 23 A 11: 06
OFFICE
BALTIMORE
BY_____ DEPUTY

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge John F. Keenan<br>United States District Court<br>Southern District of New York | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge Bruce M. Selya<br>United States Court of Appeals<br>First Circuit | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | |
| | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Telephone: [202] 502-2800<br>Fax:         [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

February 20, 2004

Ms. Felicia C. Cannon
United States District Court
Edward A. Garmatz Federal Building
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2690

Re: MDL-1586 -- In re Mutual Funds Investment Litigation

(See Attached Schedule G of Order)

Dear Ms. Cannon:

Enclosed is one certified and additional copies of an order filed by the Panel under 28 U.S.C. § 1407. Section 1407 requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." A copy of Rule 1.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), which deals specifically with the transfer of files, is enclosed for your convenience. Please note, however, that the Panel's order, at footnote 8, partially suspends Rule 1.6 (a) for this litigation. Also enclosed are a complete set of the Panel Rules and a copy of Chapter 12 of Volume 1, Clerks Manual, United States District Courts.

The Panel Clerk's Office maintains the only statistical accounting of multidistrict litigation traffic in the federal courts. These statistics are used by the Administrative Office of the United States Courts and the Judicial Conference. Therefore, your cooperation in keeping the Panel advised of the progress of this litigation would be appreciated. We are particularly interested in receiving the docket numbers assigned to each action by your court, the caption and docket numbers of all actions originally filed in your district, and receiving copies of orders regarding settlements, dismissals, further transfers under 28 U.S.C. §§ 1404(a) or 1406, reassignments to other judges in your district, etc.

Your attention is also directed to Panel Rule 7.6, regarding termination and remand of transferred actions. Upon a finding by the transferee judge that remand of a transferred action is appropriate, this office will promptly file conditional remand orders when appropriate notification is received from your court.

      For your information, I am enclosing a copy of the Panel Attorney Service List. We are also interested in receiving orders appointing liaison counsel or attorney lists used by your court.

                        Very truly,

                        Michael J. Beck
                        Clerk of the Panel

                    By _____
                        Deputy Clerk

Enclosures

cc: List of Recipients Attached

List of Recipients for
letter addressed to Felicia C. Cannon, Dated February 20, 2004
Re: MDL-1586


Enclosures include Vol. 1, Ch. 12 of the <u>Clerks Manual, U.S. District Courts</u>, Rule 1.6, R.P.J.P.M.L., transfer order, Panel Attorney Service List, and complete Panel <u>Rules</u> to

        Chief Judge, Transferee District: Judge Benson Everett Legg, D. Maryland
        Transferee Judges:  Judge J. Frederick Motz, D. Maryland
                               Judge Andre M. Davis, D. Maryland
                               Judge Frederick P. Stamp, Jr., N.D. West Virginia

Enclosures include transfer order only to

        Clerk, Hearing District Court: Jack L. Wagner, E.D. California
        Chief Judge (Other): Judge Irene M. Keeley, N.D. West Virginia

Enclosures include transfer order and Rule 1.6, R.P.J.P.M.L., to

        Clerk(s), Transferor District Court(s): J. Michael McMahon, S.D. New York
                                               James R. Manspeaker, D. Colorado
                                               Kenneth J. Murphy, S.D. Ohio
                                               Michael E. Kunz, E.D. Pennsylvania
                                               Michael W. Dobbins, N.D. Illinois
                                               Peter T. Dalleo, D. Delaware
                                               Richard W. Wieking, N.D. California
                                               Robert C. Heinemann, E.D. New York
                                               Sherri R. Carter, C.D. California
                                               Sofron B. Nedilsky, E.D. Wisconsin
                                               Tony Anastas, D. Massachusetts
                                               William T. Walsh, D. New Jersey

                Assigned Judge(s), Transferor District Court(s): Judge Harold A. Ackerman, D. New Jersey
                                                        Judge Lewis T. Babcock, D. Colorado
                                                        Judge Deborah A. Batts, S.D. New York
                                                        Judge P. Kevin Castel, S. D. New York
                                                        Judge Dennis M. Cavanaugh, D. New Jersey
                                                        Judge Charles N. Clevert, Jr., E.D. Wisconsin
                                                        Judge Wiley Y. Daniel, D. Colorado
                                                        Judge Gary Feess, C.D. California
                                                        Judge Gregory L. Frost, S.D. Ohio
                                                        Judge Nancy Gertner, D. Massachusetts
                                                        Judge Joseph A. Greenaway, Jr., D. New Jersey
                                                        Judge Terry J. Hatter, Jr., C.D. California
                                                        Judge Faith S. Hochberg, D. New Jersey
                                                        Judge John D. Holschuh, S.D. Ohio

-4-

| | |
|---|---|
| Assigned Judge(s), Transferor District Court(s) | Judge Martin J. Jenkins, N.D. California<br>Judge Barbara S. Jones, S.D. New York<br>Judge Kent A. Jordan, D. Delaware<br>Judge Joan Humphrey Lefkow, N.D. Illinois<br>Judge John C. Lifland, D. New Jersey<br>Judge Jose L. Linares, D. New Jersey<br>Judge Edmund V. Ludwig, E.D. Philadelphia<br>Judge Blanche M. Manning, N.D. Illinois<br>Judge Charles R. Norgle, Sr., N.D. Illinois<br>Judge Richard G. Stearns, D. Massachusetts<br>Judge Joseph L. Tauro, D. Massachusetts<br>Judge Leonard D. Wexler, E.D. New York<br>Judge Mark L. Wolf, D. Massachusetts<br>Judge William G. Young, D. Massachusetts<br>Judge Rya W. Zobel, D. Massachusetts |

JPML Form 33

# SCHEDULE A

MDL-1576 -- In re Janus Mutual Funds Investment Litigation

### District of Colorado

*Vivian Bernstein v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-1798 JFM-04-494
*Ronald Abrams, et al. v. Janus Fund, et al.*, C.A. No. 1:03-1817 JFM-04-495
*John G. Hill, Jr. v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1847 JFM-04-496
*Leona A. Marini, etc. v. Janus Investment Fund, et al.*, C.A. No. 1:03-1857 JFM-04-497
*Priya Vadehera v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1871 JFM-04-498
*Tara Goldstein v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1884 JFM-04-499
*Vivian Bernstein v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-1909 JFM-04-500

### District of New Jersey

*Andrew D. Mule, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-4221 JFM-04-501
*Arthur Sylvester v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-4261 JFM-04-502
*Rhonda Vladimir v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-4273 JFM-04-503
*May Etsen, et al. v. Janus Fund, et al.*, C.A. No. 2:03-4369 JFM-04-504
*Robert Corwin v. Thomas H. Bailey, et al.*, C.A. No. 2:03-4384 JFM-04-0505
*Herbert Morris, etc. v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-4453 JFM-04-506

### Southern District of New York

*Carol Pestone v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-6760 JFM-04-510
*Brian Wormley, et al. v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-6790 JFM-04-511
*Selma Stone, et al. v. Janus Fund, et al.*, C.A. No. 1:03-6914 04-512
*James Schultz v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-7123 04-513
*Roger L. Bailey v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-7125 04-514
*Elsie Haig, et al. v. Janus Fund, et al.*, C.A. No. 1:03-7218 04-515
*Jack Yarbrough, et al. v. Janus Fund, et al.*, C.A. No. 1:03-7333 04-516
*Nechama Tepfer v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-7337 04-517

### Eastern District of Pennsylvania

*Gloria Steinberg, et al. v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-5048 04-518
*Tom Kidwell, etc. v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-5242 04-519
*George P. Tsetsekos, etc. v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-5354 04-520

## SCHEDULE B

MDL-1577 -- In re Strong Mutual Funds Investment Litigation

### District of New Jersey

~~Andrew D. Mirle, et al. v. Strong Capital Management, Inc., et al., C.A. No. 2:03-4221~~

### Southern District of New York

*Selma Stone v. Strong Advisor Common Stock Fund, et al.*, C.A. No. 1:03-6916   04-536

### Eastern District of Wisconsin

*Gregory D. Coleman, etc. v. Strong Financial Corp., et al.*, C.A. No. 2:03-862   04-523
*James Blevins v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-868   04-532
*Thomas R. Jones v. Strong Financial Corp., et al.*, C.A. No. 2:03-884   04-533
*Holly Painter v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-895   04-534
*Steve LeFavour, etc. v. Strong Financial Corp., et al.*, C.A. No. 2:03-897   04-535

## SCHEDULE C

(MDL-1582) -- In re Bank One Mutual Funds Investment Litigation

### Northern District of Illinois

*William Pelak v. Bank One Corp., et al.*, C.A. No. 1:03-6591   04-537

### District of New Jersey

*Andrew D. Mule, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-4221   3RD LISTING
*Andy Yijun Huang, et al. v. One Group Technology Fund, et al.*, C.A. No. 2:03-4514   04-538

### Southern District of New York

*Allan Dworkin v. One Group Technology Fund, et al.*, C.A. No. 1:03-6915   04-539
*Charles Tischler v. Bank One Corp., et al.*, C.A. No. 1:03-6970   04-540
*Amy Bloomfield v. Mark A. Beeson, et al.*, C.A. No. 1:03-6975   04-541

### Southern District of Ohio

*David Brett v. Bank One Corp., et al.*, C.A. No. 2:03-818   04-542

## SCHEDULE D

MDL-1585 – In re Bank of America Mutual Funds Investment Litigation

### Central District of California

*Leann Lin v. Bank of America Corp., et al.*, C.A. No. 2:03-6330   04-543
*Kathleen A. Sussman, et al. v. Nations Capital Growth Fund, et al.*, C.A. No. 2:03-6957   04-544
*Jean Marie Maggi, et al. v. Bank of America Corp., et al.*, C.A. No. 2:03-7249   04-545

### District of New Jersey

*John Golisano v. Bank of America Corp., et al.*, C.A. No. 2:03-4230   04-546
*Roderick Rohrer v. Nations Capital Growth Fund, et al.*, C.A. No. 2:03-4496   04-547

### Southern District of New York

*Samuel T. Cohen v. Nations Capital Growth Fund, et al.*, C.A. No. 1:03-6847   04-548

# SCHEDULE E

MDL-1590 -- In re Putnam Mutual Funds Investment Litigation

### Northern District of California

*Jacqueline Burton, et al. v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 3:03-4973  **04-558**

### District of Delaware

*Zachary Alan Starr, etc. v Putnam Investment Management, Inc., et al.*, C.A. No. 1:03-1023  **04-559**

### District of Massachusetts

*Diane Saunders v. Putnam American Government Income Fund*, C.A. No. 1:03-12086 **04-560**
*Sally A. Bulawsky, et al. v. Marsh & McLennan Companies, Inc., et al.*,
   C.A. No. 1:03-12094  **04-561**
*Samuel M. Troutman, et al. v. Putnam American Government Income Fund, et al.*,
   C.A. No. 1:03-12116  **04-562**
*Lawrence E. Jaffe, etc. v. Putnam American Government Income Fund, et al.*,
   C.A. No. 1:03-12162  **04-563**
*Miranda Zuber, et al. v. Putnam Investment Management, LLC*, C.A. No. 1:03-12175 **04-564**
*Sara Gurno, et al. v. Putnam American Government Income Fund, et al.*,
   C.A. No. 1:03-12196  **04-565**
*Ann Schneps Dubin, et al. v. Putnam Investment Management, LLC*, C.A. No. 1:03-12209 **04-566**
*Rochelle Meyer, etc. v. Putnam International Voyager Fund, et al.*, C.A. No. 1:03-12214 **04-567**

### Southern District of New York

*Shelia Schulman, et al. v. Putnam American Government Income Fund, et al.*,
   C.A. No. 1:03-8323  **04-568**
*Dawn Maniskas v. Putnam American Government Income Fund, et al.*, C.A. No. 1:03-8368 **04-569**
*Salvatore Piliere v. Putnam Global Income Trust, et al.*, C.A. No. 1:03-8407 **04-570**
*Paul Angotta, et al. v. Putnam American Government Income Fund, et al.*,
   C.A. No. 1:03-8651  **04-571**
*Kristin Garfield v. Putnam American Government Income Fund, et al.*, C.A. No. 1:03-8683 **04-572**
*Ingeborg Engeler v. Putnam Investments Trust, et al.*, C.A. No. 1:03-8720 **04-573**

## SCHEDULE F

<u>MDL-1591 -- In re Alliance Capital Mutual Funds Investment Litigation</u>

### District of New Jersey

*Milton Pfeiffer v. Alliance Capital Management, L.P.*, C.A. No. 2:03-4724  04-575
*Roger Jee v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 2:03-4895  04-576
*Marvin Goldfarb v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
   C.A. No. 2:03-4962  04-577

### Eastern District of New York

*Felicia Bernstein v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 2:03-5087  04-578
*Robert K. Finnell v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 2:03-5345  04-579

### Southern District of New York

*Nada Hindo, et al. v. Alliance Capital Management Holding, L.P., et al.*,
   C.A. No. 1:03-7765  04-580
*George W. Bookhout, et al. v. Alliance Capital Management Holding, L.P., et al.*,
   C.A. No. 1:03-7955  04-581
*Charles Healy v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8008  04-582
*Richard J. Abt v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8202  04-583
*Tracy Silverman v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8274  04-584
*Marlene Seybold v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8278  04-585
*Martine Stansbery, Jr. v. AXA Financial, Inc.*, C.A. No. 1:03-8282  04-586
*Michael Bernstein, et al. v. Alliance Capital Management Holding, L.P., et al.*,
   C.A. No. 1:03-8350  04-587
*Regina Kopelowitz v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
   C.A. No. 1:03-8372  04-588
*Robin Fernhoff, et al. v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
   C.A. No. 1:03-8402  04-589
*Timothy J. Plank v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8466  04-590
*Israel Grafstein v. AXA Financial, Inc., et al.*, C.A. No. 1:03-8685  04-591
*Gary Frost v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8722  04-592
*Lori Weinrib v. AllianceBernstein Growth & Income Fund, Inc., et al.*, C.A. No. 1:03-8915  04-593
*Blanchard D. Smith, Jr. v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
   C.A. No. 1:03-8981  04-594

# SCHEDULE G

MDL-1586 -- In re Mutual Funds Investment Litigation

### Northern District of California

*Jacqueline Burton, et al. v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 3:03-4973 *04-558*

### Central District of California

*Leann Lin v. Bank of America Corp., et al.*, C.A. No. 2:03-6330
*Kathleen A. Sussman, et al. v. Nations Capital Growth Fund, et al.*, C.A. No. 2:03-6957
*Jean Marie Maggi, et al. v. Bank of America Corp., et al.*, C.A. No. 2:03-7249

### District of Colorado

*Vivian Bernstein, et al. v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-1798
*Ronald Abrams, et al. v. Janus Fund, et al.*, C.A. No. 1:03-1817
*John G. Hill, Jr. v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1847
*Leona A. Marini, etc. v. Janus Investment Fund, et al.*, C.A. No. 1:03-1857
*Priya Vadehera v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1871
*Tara Goldstein v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1884
*Vivian Bernstein v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-1909
*John R. Lang, et al. v. Janus Fund, et al.*, C.A. No. 1:03-1942 *04-626*
*William Silverman v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1965 *04-627*
*Richard Kaufman v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-1966 *04-628*

### District of Delaware

*Zachary Alan Starr, etc. v Putnam Investment Management, Inc., et al.*, C.A. No. 1:03-1023

### Northern District of Illinois

*William Pelak v. Bank One Corp., et al.*, C.A. No. 1:03-6591
*Glen Robinson v. One Group International Equity Index Fund, et al.*, C.A. No. 1:03-6986 *04-629*
*Norman Maged v. One Group Technology Fund, et al.*, C.A. No. 1:03-7029 *04-630*

### District of Massachusetts

*Diane Saunders v. Putnam American Government Income Fund*, C.A. No. 1:03-12086
*Sally A. Bulawsky, et al. v. Marsh & McLennan Companies, Inc., et al.*,
    C.A. No. 1:03-12094
*Samuel M. Troutman, et al. v. Putnam American Government Income Fund, et al.*,
    C.A. No. 1:03-12116
*Lawrence E. Jaffe, etc. v. Putnam American Government Income Fund, et al.*,
    C.A. No. 1:03-12162
*Miranda Zuber, et al. v. Putnam Investment Management, LLC*, C.A. No. 1:03-12175

## SCHEDULE G (page 2)

### District of Massachusetts (continued)

*Sara Gurno, et al. v. Putnam American Government Income Fund, et al.*,
   C.A. No. 1:03-12196
*Ann Schneps Dubin, et al. v. Putnam Investment Management, LLC*, C.A. No. 1:03-12209
*Rochelle Meyer, etc. v. Putnam International Voyager Fund, et al.*, C.A. No. 1:03-12214

### District of New Jersey

*Andrew D. Mule, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-4221
*John Golisano v. Bank of America Corp., et al.*, C.A. No. 2:03-4230
*Arthur Sylvester v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-4261
*Rhonda Vladimir v. Janus Capital Management LLC, et al.*, C.A. No. 2:03-4273
*May Etsen, et al. v. Janus Fund, et al.*, C.A. No. 2:03-4369
*Robert Corwin v. Thomas H. Bailey, et al.*, C.A. No. 2:03-4384
*Robert K. Finnell, etc. v. Bank of America Corp., et al.*, C.A. No. 2:03-4446  04-624
*Herbert Morris v. Janus Capital Management, LLC, et al.*, C.A. No. 2:03-4453
*Roderick Rohrer v. Nations Capital Growth Fund, et al.*, C.A. No. 2:03-4496
*Andy Yijun Huang, et al. v. One Group Technology Fund, et al.*, C.A. No. 2:03-4514
*Milton Pfeiffer v. Alliance Capital Management, L.P.*, C.A. No. 2:03-4724
*Robert Garfield, et al. v. Banc of America Capital Management, LLC, et al.*, 04-625
   C.A. No. 2:03-4855
*Roger Jee v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 2:03-4895
*Marvin Goldfarb v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
   C.A. No. 2:03-4962

### Eastern District of New York

*Felicia Bernstein, etc. v. Alliance Capital Management Holding, LP, et al.*,
   C.A. No. 2:03-5087
*Robert K. Finnell v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 2:03-5345

### Southern District of New York

*Carol Pestone v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-6760
*Brian Wormley, et al. v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-6790
*Samuel T. Cohen v. National Capital Growth Fund, et al.*, C.A. No. 1:03-6847
*Selma Stone, et al. v. Janus Fund, et al.*, C.A. No. 1:03-6914
*Allan Dworkin v. One Group Technology Fund, et al.*, C.A. No. 1:03-6915
*Selma Stone v. Strong Advisor Common Stock Fund, et al.*, C.A. No. 1:03-6916
*Tom Torelli v. Strong Financial Corp., et al.*, C.A. No. 1:03-6969  04-619
*Charles Tischler v. Bank One Corp., et al.*, C.A. No. 1:03-6970
*Amy Bloomfield v. Mark A. Beeson, et al.*, C.A. No. 1:03-6975
*James Schultz v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-7123
*Roger L. Bailey v. Janus Capital Management, LLC, et al.*, C.A. No. 1:03-7125

## SCHEDULE G (page 3)

### Southern District of New York (continued)

*Elsie Haig, et al. v. Janus Fund, et al.*, C.A. No. 1:03-7218
*David Kuperschmid v. Strong Capital Management, Inc., et al.*, C.A. No. 1:03-7287  04-614
*Jack Yarbrough, et al. v. Janus Fund, et al.*, C.A. No. 1:03-7333
*Nechama Tepfer v. Janus Capital Group, Inc.*, C.A. No. 1:03-7337
*Lori Reinhardt v. Strong Advisor Common Stock Fund, et al.*, C.A. No. 1:03-7438  04-613
*Wathena Ann Forsee v. Janus Fund, et al.*, C.A. No. 1:03-7654  04-615
*James M. Archinaco v. Janus Capital Group, Inc., et al.*, C.A. No. 1:03-7745  04-616
*Nada Hindo, et al. v. AllianceBernstein Growth & Income Fund*, C.A. No. 1:03-7765
*John Armentano v. Janus Fund, et al.*, C.A. No. 1:03-7766  04-617
*Isidore Zimmerman v. Thomas H. Bailey*, C.A. No. 1:03-7910  04-618
*George W. Bookhout, et al. v. Alliance Capital Management Holding, L.P., et al.*,
    C.A. No. 1:03-7955
*Charles Healy v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8008
*Richard J. Abt v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8202
*Tracy Silverman v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8274
*Marlene Seybold v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8278
*Martine Stansbery, Jr. v. AXA Financial, Inc.*, C.A. No. 1:03-8282
*Shelia Schulman, et al. v. Putnam American Government Income Fund, et al.*,
    C.A. No. 1:03-8323
*Michael Bernstein, et al. v. Alliance Capital Management Holding, L.P., et al.*,
    C.A. No. 1:03-8350
*Dawn Maniskas v. Putnam American Government Income Fund, et al.*, C.A. No. 1:03-8368
*Regina Kopelowitz v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
    C.A. No. 1:03-8372
*Robin Fernhoff, et al. v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
    C.A. No. 1:03-8402
*Salvatore Piliere v. Putnam Global Income Trust, et al.*, C.A. No. 1:03-8407
*Timothy J. Plank v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8466
*Paul Angotta, et al. v. Putnam American Government Income Fund, et al.*,
    C.A. No. 1:03-8651
*Kristin Garfield v. Putnam American Government Income Fund, et al.*, C.A. No. 1:03-8683
*Israel Grafstein v. AXA Financial, Inc., et al.*, C.A. No. 1:03-8685
*Ingeborg Engeler v. Putnam Investments Trust, et al.*, C.A. No. 1:03-8720
*Gary Frost v. Alliance Capital Management Holding, L.P., et al.*, C.A. No. 1:03-8722
*Lori Weinrib v. AllianceBernstein Growth & Income Fund, Inc., et al.*, C.A. No. 1:03-8915
*Blanchard D. Smith, Jr. v. AllianceBernstein Growth & Income Fund, Inc., et al.*,
    C.A. No. 1:03-8981

### Southern District of Ohio

*David Brett v. Bank One Corp., et al.*, C.A. No. 2:03-818
*Pamela Dunlap v. One Group Technology Fund, et al.*, C.A. No. 2:03-916  04-620

## SCHEDULE G (page 4)

<u>Eastern District of Pennsylvania</u>

*Gloria Steinberg, et al. v. Janus Capital Management, LLC, et al.*,
  C.A. No. 2:03-5048
*Tom Kidwell, etc. v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-5242
*George P. Tsetsekos, etc. v. Janus Capital Group, Inc., et al.*, C.A. No. 2:03-5354

<u>Eastern District of Wisconsin</u>

*Gregory D. Coleman, etc. v. Strong Financial Corp., et al.*, C.A. No. 2:03-862
*James Blevins v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-868
*Jenell Marie Halvorson v. Strong Advisor Common Stock Fund, et al.*, C.A. No. 2:03-872   04-621
*Thomas R. Jones v. Strong Financial Corp., et al.*, C.A. No. 2:03-884
*Holly Painter v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-895
*Congregation Ohel Torah v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-896   04-622
*Steve LeFavour, etc. v. Strong Financial Corp., Inc., et al.*, C.A. No. 2:03-897
*Jackson T. Ferris, et al. v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-998   04-623