**UNITED STATES DISTRICT COURT**

**DISTRICT OF MARYLAND**

-----------------------------------------------------------------x
                           :

IN RE MUTUAL FUNDS INVESTMENT LITIGATION,  :

THIS DOCUMENT RELATES TO:               :    MDL No. 1586

STARR V. VAN KAMPEN INVESTMENTS, INC., ET AL.  :    Nos.  04-MD-15861-CBB

             05-CV-0502 (JFM)     :        04-MD-15862-AMD

             04-MD-15863         :        04-MD-15863-JFM

                           :        04-MD-15864-FPS

                           :

                           :
-----------------------------------------------------------------x

## MOTION BY PRUDENTIAL SECURITIES INC.
## FOR AN ORDER DISMISSING THE
## DERIVATIVE COMPLAINT

        Prudential Securities Inc., upon its Memorandum of Law in support of its Motion to Dismiss the Plaintiff's Derivative Complaint, the Common Memorandum of Law in Support of the Broker Dealer Intermediary Defendants' Motion to Dismiss the Consolidated Class Action and Derivative Complaints and the Omnibus Memorandum of Law in Support of the Fund Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Fund Derivative Complaints (collectively, the "Common Memoranda"), moves this Court for an Order pursuant to Federal Rules of Civil Procedure 12(b) and 23.1 dismissing the Derivative Complaint as against it, in its entirety, with prejudice.

-2-

Dated:      New York, New York
            April 4, 2005

CAHILL GORDON & REINDEL LLP

By: _____
      Thomas J. Kavaler, Esq. (85638)
        TKavaler@Cahill.com
      Jonathan D. Thier, Esq.
        JThier@Cahill.com
      Laura C. Fraher, Esq.
        LFraher@Cahill.com
    80 Pine Street
    New York, New York  10005
    (212) 701-3000 (phone)
    (212) 269-5420 (fax)
    Attorneys for Prudential Securities Inc.