IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| IN RE ALGER, COLUMBIA, JANUS, MFS, ONE GROUP and PUTNAM | Civil Nos. 04-MD-15863 (JFM) (Hon. J. Frederick Motz) |
| This Document Relates to: | |
| JANUS FUNDS SUB-TRACK | Civil No. 04-cv-15863-03 (D. Md.) |
| *Steinberg et al. v. Janus Capital Management LLC et al.* | Civil No. 04-cv-00518 (D. Md.) |
| *Tsetsekos v. Janus Capital Group Inc. et al.* | Civil No. 04-cv-0521 (D. Md.) |
| *Volin v. Janus Capital Group Inc et al.* | Civil No. 04-cv-1279 (D. Md.) |
| *Duke v. Janus Capital Management LLC et al.* | Civil No. 04-cv-0875 (D. Md.) |
| *Hung v. Bailey et al.* | Civil No. 04-cv-0806 (D. Md.) |
| *Chait v. Bailey et al.* | Civil No. 04-cv-0805 (D. Md.) |
| *Vladimir v. Janus Capital Management LLC et al.* | Civil No. 04-cv-0872 (D. Md.) |

**STIPULATION OF VOLUNTARY DISMISSAL**

WHEREAS, the parties to this Stipulation of Voluntary Dismissal ("Stipulation") have entered into a Tolling Agreement which is attached to this Stipulation as Exhibit A,

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiffs Katharine Clark, Reiko Gagnon, Mark J. Keane, Erik P. Gagnon, Jean Stigas, Lawrence A. Stigas, Michael Gaines, Sharon Gaines, Michael Gaines as Custodian for Joby McKale Gaines and Sarah Grace Gaines, George Tstesekos, George Tstesekos as Custodian for Yanni Tsetsekos, Sylvia Volin, Lauri C. Bader as Custodian for Emily Bader, Doreen Duke, Robin Resnick, Gloria Steinberg, Jason Hung, Mei Hung, Gerald Chait, Sherry Chait, Robert K. Finnell, Rhonda Vladimir, James E. Schultz, Michael Lipstein, Joseph Cordani, Barbara Cordani, and Roger Bailey (the "Plaintiffs") and defendant Haidar Capital Management LLC (the "Stipulating Defendant"), that pursuant to Federal Rule of Civil Procedure 41(a)(1), the Stipulating Defendant is hereby dismissed from the above-styled actions without prejudice with all parties to bear their own costs.

Dated: April 18, 2005

CHIMICLES & TIKELLIS LLP

Nicholas E. Chimicles
Denise Davis Schwartzman
Timothy N. Mathews
361 W. Lancaster Avenue
Haverford, PA 19041
(610) 642-8500

Co-Lead Counsel for Fund Derivative Plaintiffs

Dated: 4-18-05

KATTEN MUCHIN ZAVIS ROSENMAN

_____
Anthony L. Paccione
575 Madison Avenue
New York, NY 10022-2585
(212) 940-8800

Counsel for Defendant Haidar Capital Management LLC

SO ORDERED:

_____
Hon. J. Frederick Motz
United States District Judge