IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL DOCKET NO. 1586 |
| IN RE ALGER, COLUMBIA, JANUS, MFS, ONE GROUP, PUTNAM, PIMCO | Civil No. 04-md-15863 (JFM) |
| This Document Relates to: Allianz Dresdner Sub-track | |
| *McBride v. Allianz Dresdner Asset Management of America L.P., et al.* | 04-1924 (D.Md.) |

## STIPULATION OF VOLUNTARY DISMISSAL

WHEREAS, Fund Derivative Plaintiffs, derivatively on behalf of the mutual funds comprising the Allianz Dresdner family of mutual funds,[1] in the Consolidated Amended Fund Derivative Complaint (the "Complaint"), filed with this Court on September 29, 2004, named among other defendants Cadence Capital Management LLC, NFJ Investment Group L.P., Nicholas-Applegate Capital Management LLC, RCM Capital Management LLC and Parametric Portfolio Associates (the "Tolled Defendants");

WHEREAS, Fund Derivative Plaintiffs, by their undersigned counsel, have agreed to voluntarily dismiss, without prejudice, the Tolled Defendants from the Complaint;

WHEREAS, the Fund Derivative Plaintiffs' agreement to such voluntary dismissal

---

[1] The term "Allianz Dresdner family of mutual funds" includes the funds referenced as the "PIMCO" funds in the Consolidated Amended Fund Derivative Complaint.

3183923_1.DOC

without prejudice is made expressly subject to the Tolled Defendants' agreement to enter into a Tolling Agreement, whereby the running of any applicable limitations period with respect to claims against the Tolled Defendants arising out of the Complaint is tolled pursuant to the terms of said Agreement; and

WHEREAS, the Tolled Defendants have entered into such a Tolling Agreement as of the time of this Stipulated Order;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Tolled Defendants are dismissed from this action without prejudice, with all parties to bear their own costs.

Dated: February 14, 2006

Mark C. Rifkin
Demet Basar
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue, 10th Floor
New York, NY 10016
(212) 545-4600

*Counsel for Fund Derivative Plaintiffs*

Harvey J. Wolkoff
Michael T. Marcucci
ROPES & GRAY LLP
One International Place
Boston, MA 02132
(617) 951-7000

&

John C. Ertman

ROPES & GRAY LLP
45 Rockefeller Plaza
New York, NY 10111-0087
(212) 841-5700

*Counsel for Cadence Capital Management LLC, NFJ Investment Group L.P., Nicholas-Applegate Capital Management LLC, RCM Capital Management LLC and Parametric Portfolio Associates*

SO ORDERED this 16th day of February, 2006

_____
HONORABLE FREDERICK J. MOTZ
UNITED STATES DISTRICT JUDGE