UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 5, 2006

Re: *In re Mutual Funds Investment Litigation*
MDL-15863

Riggs v. Massachusetts Financial Services Co., et al.
Civil No. JFM-04-1162

Hammerslough v. Massachusetts Financial Services Co., et al.
Civil No. JFM-04-1620

Dear Counsel:

Reference is made to Mr. Paine's letter of June 1, 2006.

In accordance with your joint request, the date by which defendants' answers to the consolidated amended complaints must be filed is extended to July 28, 2006.

You have also jointly requested that I extend to July 28, 2006 the date by which parties must file any motions to reconsider my orders entered March 1, 2006. I am somewhat reluctant to grant this extension because I want to resolve promptly any remaining issues relating to my March 1st rulings and otherwise want to keep the litigation on track. That said, I recognize the pressures you are under and do not want to impose arbitrary, unreasonable deadlines upon you. Accordingly, I ask you to advise me on or before June 13, 2006 as to (1) the reasons you seek an extension until July 28, 2006 to file motions for reconsideration, and (2) the issues you contemplate you may raise by your motions to reconsider. This information will help inform my judgment as to whether to grant the extension for filing motions that you request.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge