# COVINGTON & BURLING

1330 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
TEL 212.841.1000
FAX 212.841.1010
WWW.COV.COM

NEW YORK
WASHINGTON
SAN FRANCISCO
LONDON
BRUSSELS

June 13, 2006

BY ECF

Honorable J. Frederick Motz
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   *In re Mutual Funds Investment Litigation*, MDL-1586
           *Alger* Subtrack, No. 04-md-15863 (JFM)
           <u>Proposed Investor Class Action Order</u>

Dear Judge Motz:

      In accordance with the Court's Memo to Counsel in all subtracks, dated May 30, 2006, and Memo to Counsel in One Group and Putnam subtracks, also dated May 30, 2006, we respectfully submit the attached Proposed Order for the Court's entry, reflecting the Court's rulings with respect to motions to dismiss claims under Section 48(a) of the Investment Company Act and Section 20(a) of the Exchange Act of 1934. We have circulated this Proposed Order to plaintiffs' counsel for comment, who has indicated her agreement with its terms. Accordingly, we respectfully request that the Court enter the attached Proposed Order.

                                        Respectfully submitted,

                                        <u>/s/ David W. Haller</u>
                                        David W. Haller