JOHN L. FREEMAN
EDGAR J. NATHAN, 3RD
CHARLES H. BALLER
DAVID A. RUTTENBERG
DANIEL W. KRASNER
FRED T. ISQUITH
STUART M. SAFT*
ERIC B. LEVINE
JEFFREY G. SMITH†
FRANCIS M. GREGOREK†
MARY JANE FAIT♦
ROBERT D. STEELE
MARK C. SILVERSTEIN
ELI D. GREENBERG
PETER C. HARRAR
LAWRENCE P. KOLKER
MARK C. RIFKIN◊○
JEFFREY M. SCHWARTZ
MICHAEL JAFFE†
MARIA I. BELTRANI*
MICHAEL E. FLEISS
BETSY C. MANIFOLD†
ALEXANDER H. SCHMIDT○
BRETT D. NUSSBAUM
JEFFREY S. REICH*
GREGORY M. NESPOLE
DAVID L. WALES
FRANCIS A. BOTTINI, JR.▽
DEMET BASAR○
ADAM J. LEVITT‡
LISA A. LOWENTHAL
STEVEN D. SLADKUS○
THOMAS H. BURT

# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE

NEW YORK, NY 10016

212-545-4600

WWW.WHAFH.COM

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

625 NORTH FLAGLER DRIVE
9TH FLOOR
WEST PALM BEACH, FL 33401
561-833-1776

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603
312-984-0000

M. JOSHUA ABER
CARL R. SLOAN
ROBERT B. WEINTRAUB
ROBERT ABRAMS
OF COUNSEL

ALAN McDOWELL▫
NANCY S. PITKOFSKY○
MICHAEL C. MULÉ○
RACHELE R. RICKERT▽
JASON B. ATLAS
JILL H. BLUMBERG◊
SCOTT J. FARRELL○
KATE M. McGUIRE
GUSTAVO BRUCKNER○
RONNIE BRONSTEIN
LAUREN P. WISHNIA○
STACEY T. KELLY○
PAULETTE S. FOX○
JOHN T. HENDERSON
MICHAEL J. MISKE
JOSHUA BERENGARTEN
INGRID C. MANEVITZ○
MATTHEW M. GUINEY
RUDOLPH F. LEHRER
MATTHEW P. KLEIN
AYA BOUCHEDID
JULIE CORBO▽
GEORGE PETERS
RENEE I. WANKOFF
IONA M. EVANS
ALEXANDRA R. SILVERBERG
BRYANT A. ROMAN○

ALSO ADMITTED
*FL, †CA, ○NJ, ♦IL, ◊PA
ONLY ADMITTED
▽CA, ‡IL, ▫VA

DIRECT DIAL (212) 545-4664
FACSIMILE (212) 545-4653
basar@whafh.com

June 13, 2006

**VIA ECF**

Honorable J. Frederick Motz
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

   Re: *In re Mutual Funds Investment Litigation*, MDL No. 1586
     *Allianz Dresdner Sub-Track*, No. 04-md-15863 (JFM)
     *McBride v. Allianz Dresdner Asset Management*
     *of America L.P., et al.* 04-1924 (D.Md)

Dear Judge Motz:

  As directed by the Court in its memo to counsel dated May 30, 2006, we attach the Fund Derivative Plaintiffs' Proposed Order implementing the Court's ruling on claims brought under Section 48(a) of the Investment Company Act of 1940 against defendants that did not actually receive the compensation targeted by the Section 36(b) claims. We have conferred with counsel for defendants and they have indicated that they have no comments on the Proposed Order.

  If this Proposed Fund Derivative Order meets with the Court's approval, we respectfully request that it be entered.

                Respectfully submitted,

442640
Attachment (Proposed Order)
cc: All Counsel of Record (via ECF)

                /s/
                Demet Basar

