PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
212-373-3020

WRITER'S DIRECT FACSIMILE
212-492-0020

WRITER'S DIRECT E-MAIL ADDRESS
dkramer@paulweiss.com

1615 L STREET, NW
WASHINGTON, DC 20036-5694
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300
FACSIMILE (86-10) 6530-9070/9080

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

June 14, 2006

Via ECF

The Honorable J. Frederick Motz
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

> In re Alger, Columbia, Janus, MFS, One Group, Allianz Dresdner and
> Putnam – One Group Track, 04-MD-15863-05, Civil No. JFM-04-0629

Dear Judge Motz:

We represent Bank One Corporation in the above-captioned matter.[1] In accordance with the Court's May 30, 2006 letter opinions which dismissed: (i) the claim asserted under Section 48(a) of the Investment Company Act, 15 U.S.C. § 80a-47, against Bank One Corporation; and (ii) the claim asserted under Section 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78t(a), against the Independent Trustees, we hereby submit a proposed Investor Class Order. Investor Class Plaintiffs have informed us that they do not object to this form of order. Accordingly, we respectfully request that the Court enter the attached proposed order.

Respectfully submitted,

/s/

Daniel J. Kramer

---

[1] "Independent Trustees" Peter C. Marshall, Frederick W. Ruebeck, Robert A. Oden, Jr., John F. Finn, Marilyn McCoy, Julius L. Pallone, Donald L. Tuttle and Charles I. Post also join in this submission.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable J. Frederick Motz

cc: All Counsel – via ECF