```
                    UNITED STATES COURT OF APPEALS

                        FOR THE FOURTH CIRCUIT
                                                          FILED
                                                    September 20, 2006

                            No. 06-1788
                                1:04-md-15863-JFM
                                1:05-cv-01674-JFM
                                3:04-cv-00372
```

IN RE: MUTUAL FUNDS INVESTMENT LITIGATION
------------------------------------------------

IN RE: ALGER, COLUMBIA, JANUS, MFS,
ONE GROUP, PUTNAM, and ALLIANZ DRESDNER
------------------------------------------------

MATTHEW WIGGENHORN, individually and on behalf of all others
similarly situated

    Plaintiff - Appellant
 v.

AXA EQUITABLE LIFE INSURANCE COMPANY, formerly known as
Equitable Life Assurance Society of the United States

    Defendant - Appellee


```
                            No. 06-1789
                                1:04-md-15863-JFM
                                1:04-cv-03944-JFM
                                3:04-cv-00373-MJR
```

IN RE: MUTUAL FUNDS INVESTMENT LITIGATION
------------------------------------------------

IN RE: ALGER, COLUMBIA, JANUS, MFS,
ONE GROUP, PUTNAM, and ALLIANZ DRESDNER
------------------------------------------------

EDMUND WOODBURY, individually and on behalf of all others
similarly situated
    Plaintiff - Appellant
 v.

NATIONWIDE LIFE INSURANCE COMPANY

    Defendant - Appellee

```
                            No. 06-1790
                                1:04-md-15863-JFM
                                1:04-cv-03943-JFM
                                3:04-cv-00328-MJR
```

IN RE: MUTUAL FUNDS INVESTMENT LITIGATION
------------------------------------------------

IN RE: ALGER, COLUMBIA, JANUS, MFS,
ONE GROUP, PUTNAM, and ALLIANZ DRESDNER
------------------------------------------------

NIKITA MEHTA, as Trustee of the N.D. Mehta Living Trust,
individually and on behalf of all others similarly situated

       Plaintiff - Appellant

  v.

AIG SUNAMERICA LIFE ASSURANCE COMPANY, formerly known as
Anchor National Life Assurance Company

       Defendant - Appellee


                                        No. 06-2010
                                        1:04-md-15863-JFM
                                        1:05-cv-01086-JFM


IN RE: MUTUAL FUNDS INVESTMENT LITIGATION
_____

IN RE: ALGER, COLUMBIA, JANUS, MFS,
ONE GROUP, PUTNAM, and ALLIANZ DRESDNER
_____

PAULA BEALS

       Plaintiff - Appellant

  v.

THE VARIABLE ANNUITY LIFE INSURANCE COMPANY

       Defendant - Appellee


                                    ---------
                                    O R D E R
                                    ---------

       The Court consolidates these cases for purposes of briefing
and oral argument and directs that:

       1.  one joint brief shall be permitted per side;

       2.  the parties on each side shall share the time
           allowed for oral argument;

       3.  each side shall notify the Court of the attorney
           designated as lead counsel within ten days of the
           date of this order.


                                    For the Court - By Direction


                                        /s/  Patricia S. Connor
                                    _____
                                                         CLERK