

ROPES & GRAY LLP

ONE INTERNATIONAL PLACE     BOSTON, MA 02110-2624     617-951-7000     F 617-951-7050

BOSTON     NEW YORK     PALO ALTO     SAN FRANCISCO     WASHINGTON, DC     www.ropesgray.com

December 6, 2006

John C. Ertman
212-841-0669
John.Ertman@ropesgray.com

**VIA ECF**

Honorable J. Frederick Motz
United States District Judge
United States District Court for the
 District of Maryland
101 West Lombard Street
Baltimore, MD  21201

Re:     MDL 1586 -- In re Mutual Funds Investment Litigation
          In re Alger, Columbia, Janus, MFS, One Group, Putnam and Allianz Dresdner
          [This letter relates to the Allianz Dresdner Subtrack]

Dear Judge Motz:

We represent the Allianz Defendants.  Pursuant to Your Honor's directive at last month's status conference, we have met and conferred with plaintiffs' counsel, and the parties have agreed to the following schedule:

| | |
|---|---|
| Fact Discovery Cut-off: | June 29, 2007 |
| Plaintiffs' Designation of Experts: | July 13, 2007[1] |
| Defendants' Designation of Experts: | July 28, 2007 |
| Plaintiffs' Designation of Rebuttal Experts: | August 15, 2007 |
| Expert Discovery to be Completed By: | September 17, 2007 |
| Dispositive Motions to be Filed No Later Than: | October 31, 2007 |

---

[1]All expert disclosures will be accompanied by, in addition to the information and documents required by Fed. R. Civ. P. 26(a)(2), all documents received or created by, reviewed or considered by, or relied on by each expert as to work performed in this track.

As previously discussed with the Court, plaintiffs are principally seeking discovery regarding their allegations of "under the radar" timing, including shareholder trading records for all Allianz funds.  The Court has taken under advisement the Allianz Defendants' request to file a motion to dismiss plaintiffs' under the radar timing claims, and has deferred ruling on whether the plaintiffs lack standing to pursue claims with respect to the Allianz funds in which they have owned no shares.  While the Allianz Defendants have been providing trading records to the plaintiffs as part of confidential settlement discussions, the Allianz Defendants do not intend that their agreement to the foregoing schedule in any way waives or prejudices their position that:  (1) plaintiffs have failed to state a claim for under the radar timing; (2) plaintiffs lack standing to pursue claims with respect to the overwhelming majority of the Allianz funds; and (3) absent settlement discussions, plaintiffs would have no entitlement under, among other things, the PSLRA and standing doctrines, to trading records/under the radar timing discovery.

We very much appreciate the Court's attention to this matter.

Respectfully submitted,


/s/ John C. Ertman

John C. Ertman


cc:      All Counsel (via ECF)