IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL NO. 1586 |
| IN RE ALGER, COLUMBIA, JANUS, MFS, ONE GROUP, PUTNAM, ALLIANZ DRESDNER | CIVIL ACTION NO. 04-MD-15863-JFM |

## NOTICE OF APPEARANCE

The undersigned hereby enters his appearance as counsel of record for the following defendants:

PIMCO Funds: Pacific Investment Management Series
Gerald M. Thorne
W. Bryant Stooks
Theodore J. Coburn
Gary A. Childress
Donald P. Carter
E. Philip Cannon

I certify that I am admitted pro hac vice in connection with the MDL-1586 Mutual Fund Investment Litigation pending before this Court.

Joshua Vitullo, who has entered his appearance on behalf of the above-listed defendants, is no longer with this firm and should be terminated as counsel of record for these defendants.

Dated: November 20, 2007

   /s/ Jason D. Frank
Jason D. Frank, MA BBO #634985
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
T 617.951.8000
F 617.951.8736
jason.frank@bingham.com