## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | * | |
| | * | |
| | * | |
| IN RE ALGER, COLUMBIA, JANUS, MFS, ONE GROUP, PUTNAM, ALLIANZ DRESDNER | * | MDL No. 04-MD-15863 |
| IN RE AIM, ARTISAN, INVESCO, STRONG | * | MDL No. 04-MD-15864 |
| BERNSTEIN *et al.* | * | |
| v. | * | Civil No. JFM-04-494 |
| JANUS CAPITAL MGMT. LLC | * | |
| ABRAMS *et al.* | * | |
| v. | * | Civil No. JFM-04-495 |
| JANUS FUND *et al.* | * | |
| HILL | * | |
| v. | * | Civil No. JFM-04-496 |
| JANUS CAPITAL GROUP, INC. *et al.* | * | |
| MARINI | * | |
| v. | * | Civil No. JFM-04-497 |
| JANUS INVESTMENT FUND *et al.* | * | |

|  |  |  |
|---|---|---|
| | * | |
| VADEHERA | * | |
| | * | |
| v. | * | Civil No. JFM-04-498 |
| | * | |
| JANUS CAPITAL GROUP, INC. *et al.* | * | |
| ——————————————— | * | |
| | * | |
| GOLDSTEIN *et al.* | * | |
| | * | Civil No. JFM-04-499 |
| v. | * | |
| | * | |
| JANUS CAPITAL GROUP INC. *et al.* | * | |
| ——————————————— | * | |
| | * | |
| BERNSTEIN | * | |
| | * | |
| v. | * | Civil No. JFM-04-500 |
| | * | |
| JANUS CAPITAL MGMT. LLC *et al.* | * | |
| ——————————————— | * | |
| | * | |
| SYLVESTER | * | |
| | * | Civil No. JFM-04-502 |
| v. | * | |
| | * | |
| JANUS CAPITAL GROUP, INC. *et al.* | * | |
| ——————————————— | * | |
| | * | |
| ETSEN *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-504 |
| | * | |
| JANUS FUND *et al.* | * | |
| ——————————————— | * | |
| | * | |
| CORWIN | * | |
| | * | Civil No. JFM-04-505 |
| v. | * | |
| | * | |
| BAILEY *et al.* | * | |
| ——————————————— | * | |

MORRIS

v.

JANUS CAPITAL MGMT. LLC *et al.*

\* Civil No. JFM-04-506

_____

PFLUGATH *et al.*

v.

BEAR STEARNS CO., INC *et al.*

\* Civil No. JFM-04-509

_____

PESTONE

v.

JANUS CAPITAL GROUP, INC. *et al.*

\* Civil No. JFM-04-510

_____

WORMLEY *et al.*

v.

JANUS CAPITAL GROUP, INC. *et al.*

\* Civil No. JFM-04-511

_____

ORLANDI *et al.*

v.

JANUS BALANCED FUND *et al.*

\* Civil No. JFM-04-512

_____

BAILEY

v.

JANUS CAPITAL MGMT. LLC *et al.*

\* Civil No. JFM-04-514

_____

|                                           |     |                        |
|-------------------------------------------|-----|------------------------|
|                                           | *   |                        |
| HAIG *et al.*                             | *   |                        |
|                                           | *   | Civil No. JFM-04-515   |
| v.                                        | *   |                        |
|                                           | *   |                        |
| JANUS FUND *et al.*                       | *   |                        |
| _____       | *   |                        |
|                                           | *   |                        |
| NOLTE *et al.*                            | *   |                        |
|                                           | *   |                        |
| v.                                        | *   | Civil No. JFM-04-516   |
|                                           | *   |                        |
| JANUS FUND *et al.*                       | *   |                        |
| _____       | *   |                        |
|                                           | *   |                        |
| TEPFER                                    | *   |                        |
|                                           | *   | Civil No. JFM-04-517   |
| v.                                        | *   |                        |
|                                           | *   |                        |
| JANUS CAPITAL GROUP, INC. *et al.*        | *   |                        |
| _____       | *   |                        |
|                                           | *   |                        |
| STEINBERG *et al.*                        | *   |                        |
|                                           | *   | Civil No. JFM-04-518   |
| v.                                        | *   |                        |
|                                           | *   |                        |
| JANUS CAPITAL MGMT., LLC *et al.*         | *   |                        |
| _____       | *   |                        |
|                                           | *   |                        |
| KIDWELL *et al.*                          | *   |                        |
|                                           | *   |                        |
| v.                                        | *   | Civil No. JFM-04-519   |
|                                           | *   |                        |
| JANUS CAPITAL GROUP, INC. *et al.*        | *   |                        |
| _____       | *   |                        |
|                                           | *   |                        |
| TSETSEKOS                                 | *   |                        |
|                                           | *   | Civil No. JFM-04-521   |
| v.                                        | *   |                        |
|                                           | *   |                        |
| JANUS CAPITAL GROUP, INC. *et al.*        | *   |                        |
| _____       | *   |                        |

|  |  |  |
|---|---|---|
| | * | |
| JONES | * | |
| | * | Civil No. JFM-04-533 |
| v. | * | |
| | * | |
| STRONG FIN. MGMT. CORP. *et al.* | * | |
| ———————————————— | * | |
| | * | |
| PAINTER | * | |
| | * | |
| v. | * | Civil No. JFM-04-534 |
| | * | |
| STRONG CAPITAL MGMT., INC. *et al.* | * | |
| ———————————————— | * | |
| | * | |
| STONE | * | |
| | * | |
| v. | * | Civil No. JFM-04-536 |
| | * | |
| STRONG ADVISOR COMMON | * | |
| STOCK FUND *et al.* | * | |
| | * | |
| ———————————————— | * | |
| STARR *et al.* | * | |
| | * | Civil No. JFM-04-559 |
| v. | * | |
| | * | |
| PUTNAM INVESTMENT | * | |
| MGMT., INC. *et al.* | * | |
| ———————————————— | * | |
| | * | |
| SAUNDERS *et al.* | * | |
| | * | Civil No. JFM-04-560 |
| v. | * | |
| | * | |
| PUTNAM AMERICAN GOVERNMENT | * | |
| INCOME FUND *et al.* | * | |
| ———————————————— | * | |
| | * | |
| TROUTMAN *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-562 |
| | * | |
| PUTNAM AMERICAN GOVERNMENT | * | |
| INCOME FUND *et al.* | * | |

_____                     *
                                                      *
JAFFE                                                 *
                                                      *   Civil No. JFM-04-563
v.                                                    *
                                                      *
PUTNAM AMERICAN GOVERNMENT                            *
INCOME FUND *et al.*                                  *
_____                     *
                                                      *
ZUBER *et al.*                                        *
                                                      *
v.                                                    *   Civil No. JFM-04-564
                                                      *
PUTNAM INVESTMENT MGMT. LLC *et al.*                  *
_____                     *
                                                      *
GURNO *et al.*                                        *
                                                      *   Civil No. JFM-04-565
v.                                                    *
                                                      *
PUTNAM AMERICAN GOVERNMENT                            *
INCOME FUND *et al.*                                  *
_____                     *
                                                      *
DUBIN *et al.*                                        *
                                                      *
v.                                                    *   Civil No. JFM-04-566
                                                      *
PUTNAM  INVESTMENT MGMT. LLC *et al.*                 *
_____                     *
                                                      *
SCHULMAN *et al.*                                     *
                                                      *   Civil No. JFM-04-568
v.                                                    *
                                                      *
PUTNAM AMERICAN GOVERNMENT                            *
INCOME FUND *et al.*                                  *
_____                     *

|  |  |  |
|---|---|---|
| | * | |
| MANISKAS *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-569 |
| | * | |
| PUTNAM  AMERICAN GOVERNMENT INCOME FUND *et al.* | * | |
| | * | |
| | * | |
| | * | |
| GARFIELD | * | |
| | * | Civil No. JFM-04-572 |
| v. | * | |
| | * | |
| PUTNAM AMERICAN GOVERNMENT INCOME FUND *et al.* | * | |
| | * | |
| | * | |
| ENGELER | * | |
| | * | |
| v. | * | Civil No. JFM-04-573 |
| | * | |
| PUTNAM INVESTMENT TRUST *et al.* | * | |
| | * | |
| FORSEE | * | |
| | * | Civil No. JFM-04-615 |
| v. | * | |
| | * | |
| JANUS FUND *et al.* | * | |
| | * | |
| ARCHINACO | * | |
| | * | |
| v. | * | Civil No. JFM-04-616 |
| | * | |
| JANUS CAPITAL GROUP, INC. *et al.* | * | |
| | * | |
| ARMENTANO | * | |
| | * | Civil No. JFM-04-617 |
| v. | * | |
| | * | |
| JANUS FUND *et al.* | * | |
| | * | |

LANG *et al.*

v.                                            * Civil No. JFM-04-626

JANUS FUND *et al.*
_____

SILVERMAN
                                              * Civil No. JFM-04-627
v.

JANUS CAPITAL GROUP, INC. *et al.*
_____

KAUFMAN *et al.*

v.                                            * Civil No. JFM-04-628

JANUS CAPITAL GROUP, INC. *et al.*
_____

FRIEDMAN *et al.*
                                              * Civil No. JFM-04-807
v.

JANUS CAPITAL GROUP, INC. *et al.*
_____

MARTINI

v.                                            * Civil No. JFM-04-808

JANUS CAPITAL GROUP, INC. *et al.*
_____

BROWN
                                              * Civil No. JFM-04-809
v.

JANUS CAPITAL GROUP, INC. *et al.*
_____

|  |  |  |
|---|---|---|
| | * | |
| McKEOWN | * | |
| | * | |
| v. | * | Civil No. JFM-04-810 |
| | * | |
| JANUS FUND *et al.* | * | |
| | * | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | * | |
| STRAITS | * | |
| | * | Civil No. JFM-04-811 |
| v. | * | |
| | * | |
| JANUS CAPITAL GROUP, INC. *et al.* | * | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | * | |
| BIGGS *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-812 |
| | * | |
| JANUS FUND *et al.* | * | |
| | * | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | * | |
| GOODMAN *et al.* | * | |
| | * | Civil No. JFM-04-813 |
| v. | * | |
| | * | |
| JANUS CAPITAL GROUP, INC. *et al.* | * | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | * | |
| HARCLERODE *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-815 |
| | * | |
| JANUS CAPITAL GROUP, INC. *et al.* | * | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | * | |
| VANN *et al.* | * | |
| | * | Civil No. JFM-04-816 |
| v. | * | |
| | * | |
| JANUS CAPITAL GROUP, INC. *et al.* | * | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | * | |

KLEIN

v.

JANUS CAPITAL GROUP, INC. *et al.*

\*
\*
\*
\*
\*
\*
\*
\*

Civil No. JFM-04-817

———————————————————

CALDERON

v.

AMVESCAP PLC *et al.*

\*
\*
\*
\*
\*
\*
\*

Civil No. JFM-04-824

———————————————————

HELM *et al.*

v.

JANUS FUND *et al.*

\*
\*
\*
\*
\*
\*
\*

Civil No. JFM-04-826

———————————————————

DELLAVALLE

v.

PUTNAM AMERICAN GOVERNMENT
INCOME FUND *et al.*

\*
\*
\*
\*
\*
\*
\*

Civil No. JFM-04-829

———————————————————

KITTY

v.

JANUS CAPITAL GROUP, INC. *et al.*

\*
\*
\*
\*
\*
\*
\*

Civil No. JFM-04-833

———————————————————

D'AGOSTINO

v.

PUTNAM INVESTMENTS TRUST *et al.*

\*
\*
\*
\*
\*
\*
\*

Civil No. JFM-04-834

———————————————————

TAYNE

v.                                              Civil No. JFM-04-835

PUTNAM INVESTMENTS TRUST *et al.*

---

SICHRA

                                               Civil No. JFM-04-836
v.

PUTNAM INVESTMENT FUND *et al.*

---

YAMEEN *et al.*

v.                                              Civil No. JFM-04-837

PUTNAM INVESTMENT MGMT. LLC *et al.*

---

CLEMENT *et al.*

                                               Civil No. JFM-04-840
v.

PUTNAM VOYAGER FUND *et al.*

---

IOAKIM *et al.*

v.                                              Civil No. JFM-04-841

PUTNAM INVESTMENT MGMT. LLC *et al.*

---

MARKS

                                               Civil No. JFM-04-842
v.

PUTNAM OTC & EMERGING GROWTH
FUND *et al.*

---

|  |  |  |
|---|---|---|
| | * | |
| D'AGOSTINO-GANNON | * | |
| | * | |
| v. | * | Civil No. JFM-04-844 |
| | * | |
| PUTNAM INVESTMENTS TRUST *et al.* | * | |
| ——————————————————— | * | |
| | * | |
| BASEMAN | * | |
| | * | Civil No. JFM-04-845 |
| v. | * | |
| | * | |
| PUTNAM INVESTMENT MGMT. LLC *et al.* | * | |
| ——————————————————— | * | |
| | * | |
| PULEO | * | |
| | * | |
| v. | * | Civil No. JFM-04-846 |
| | * | |
| "PUTNAM FUNDS" *et al.* | * | |
| ——————————————————— | * | |
| | * | |
| PFEFFER *et al.* | * | |
| | * | Civil No. JFM-04-853 |
| v. | * | |
| | * | |
| JANUS FUND *et al.* | * | |
| ——————————————————— | * | |
| | * | |
| BERNSTEIN | * | |
| | * | |
| v. | * | Civil No. JFM-04-861 |
| | * | |
| FRED ALGER MGMT. INC., *et al.* | * | |
| ——————————————————— | * | |
| | * | |
| IRA *et al.* | * | |
| | * | Civil No. JFM-04-866 |
| v. | * | |
| | * | |
| JANUS CAPITAL MGMT. LLC *et al.* | * | |
| ——————————————————— | * | |

|  |  |
|---|---|
| WEINRIB | * |
| | * |
| | * |
| v. | *   Civil No. JFM-04-868 |
| | * |
| JANUS CAPITAL GROUP, INC. *et al.* | * |
| ──────────────────────────── | * |
| | * |
| WAXMAN | * |
| | *   Civil No. JFM-04-869 |
| v. | * |
| | * |
| JANUS CAPITAL GROUP, INC. *et al.* | * |
| ──────────────────────────── | * |
| | * |
| VLADIMIR | * |
| | * |
| v. | *   Civil No. JFM-04-872 |
| | * |
| JANUS CAPITAL MGMT. LLC *et al.* | * |
| ──────────────────────────── | * |
| | * |
| STRASBERG *et al.* | * |
| | *   Civil No. JFM-04-873 |
| v. | * |
| | * |
| JANUS FUND *et al.* | * |
| ──────────────────────────── | * |
| | * |
| DUKE | * |
| | * |
| v. | *   Civil No. JFM-04-875 |
| | * |
| JANUS CAPITAL MGMT. LLC *et al.* | * |
| ──────────────────────────── | * |
| | * |
| DEMAYO | * |
| | *   Civil No. JFM-04-876 |
| v. | * |
| | * |
| ALGER SMALL PORTFOLIO *et al.* | * |
| ──────────────────────────── | * |

DIEMER

v.

JANUS FUND *et al.*

\*
\*
\*
\*   Civil No. JFM-04-878
\*
\*
\*
\*

_____

HENZEL

v.

ALGER SMALL PORTFOLIO *et al.*

\*
\*
\*   Civil No. JFM-04-881
\*
\*
\*
\*

_____

CORBETT *et al.*

v.

MARSH & MCLENNAN CO., INC. *et al.*

\*
\*
\*   Civil No. JFM-04-883
\*
\*
\*

_____

ZUCKER

v.

PUTNAM AMERICAN GOVERNMENT
INCOME FUND *et al.*

\*
\*
\*   Civil No. JFM-04-884
\*
\*
\*
\*

_____

BUHS

v.

FRED ALGER MGMT., INC. *et al.*

\*
\*
\*   Civil No. JFM-04-885
\*
\*
\*

_____

ETTINGER

v.

JANUS CAPITAL GROUP, INC. *et al.*

\*
\*
\*   Civil No. JFM-04-886
\*
\*
\*

_____

BONIME

v.

PUTNAM AMERICAN GOVERNMENT
INCOME FUND *et al.*

\*   Civil No. JFM-04-887

———————————————————

WALSH

v.

MARSH & MCLENNAN CO., INC. *et al.*

\*   Civil No. JFM-04-888

———————————————————

MINTZ

v.

PUTNAM AMERICAN GOVERNMENT
INCOME FUND *et al.*

\*   Civil No. JFM-04-889

———————————————————

BILLMAN

v.

FRED ALGER MGMT., INC. *et al.*

\*   Civil No. JFM-04-891

———————————————————

RYAN *et al.*

v.

PUTNAM AMERICAN GOVERNMENT
INCOME FUND *et al.*

\*   Civil No. JFM-04-893

———————————————————

GARFIELD

v.

FRED ALGER MGMT., INC. *et al.*

\*   Civil No. JFM-04-894

———————————————————

|  |  |  |
|---|---|---|
| FOSTER *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-897 |
| | * | |
| PUTNAM INVESTMENTS TRUST *et al.* | * | |
| ―――――――――――――――――― | * | |
| | * | |
| FRIEDMAN | * | |
| | * | Civil No. JFM-04-899 |
| v. | * | |
| | * | |
| ALGER SMALL PORTFOLIO *et al.* | * | |
| ―――――――――――――――――― | * | |
| | * | |
| NEEYAF DISTRIBUTING | * | |
| | * | |
| v. | * | Civil No. JFM-04-903 |
| | * | |
| ALGER SMALL PORTFOLIO *et al.* | * | |
| ―――――――――――――――――― | * | |
| | * | |
| JOHNSON | * | |
| | * | Civil No. JFM-04-907 |
| v. | * | |
| | * | |
| PUTNAM AMERICAN GOVERNMENT INCOME FUND *et al.* | * | |
| ―――――――――――――――――― | * | |
| | * | |
| JOHNSON | * | |
| | * | |
| v. | * | Civil No. JFM-04-910 |
| | * | |
| ALGER SMALL PORTFOLIO *et al.* | * | |
| ―――――――――――――――――― | * | |
| | * | |
| CROCKET | * | |
| | * | Civil No. JFM-04-911 |
| v. | * | |
| | * | |
| ALGER SMALL PORTFOLIO *et al.* | * | |
| ―――――――――――――――――― | * | |

|  | |  |
|---|---|---|
| GOLDFARB | * | |
| | * | |
| v. | * | Civil No. JFM-04-912 |
| | * | |
| PUTNAM AMERICAN GOVERNMENT | * | |
| INCOME FUND *et al.* | * | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | * | |
| IOZZO *et al.* | * | |
| | * | Civil No. JFM-04-915 |
| v. | * | |
| | * | |
| PUTNAM INVESTMENTS TRUST *et al.* | * | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | * | |
| WEINER *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-916 |
| | * | |
| PUTNAM INVESTMENTS TRUST *et al.* | * | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | * | |
| FINKELSON-REECE | * | |
| | * | Civil No. JFM-04-919 |
| v. | * | |
| | * | |
| PUTNAM INVESTMENT TRUST *et al.* | * | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | * | |
| SAYEGH | * | |
| | * | |
| v. | * | Civil No. JFM-04-1171 |
| | * | |
| JANUS CAPITAL CORP. *et al.* | * | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | * | |
| FEDERMAN | * | |
| | * | Civil No. JFM-04-1172 |
| v. | * | |
| | * | |
| PUTNAM AMERICAN GOVERNMENT | * | |
| INCOME FUND *et al.* | * | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | * | |

|                                                        |   |                        |
|--------------------------------------------------------|---|------------------------|
|                                                        | * |                        |
| VOLIN                                                  | * |                        |
|                                                        | * |                        |
| v.                                                     | * | Civil No. JFM-04-1279  |
|                                                        | * |                        |
| JANUS CAPITAL GROUP, INC. *et al.*                     | * |                        |
|                                                        | * |                        |
| _____                         | * |                        |
| SEGEL *et al.*                                         | * |                        |
|                                                        | * | Civil No. JFM-04-1283  |
| v.                                                     | * |                        |
|                                                        | * |                        |
| PUTNAM FUNDS *et al.*                                  | * |                        |
|                                                        | * |                        |
| _____                         | * |                        |
| DENENBERG                                              | * |                        |
|                                                        | * |                        |
| v.                                                     | * | Civil No. JFM-04-1284  |
|                                                        | * |                        |
| PUTNAM INVESTMENT MGMT., INC. *et al.*                 | * |                        |
|                                                        | * |                        |
| _____                         | * |                        |
| ADAMS                                                  | * |                        |
|                                                        | * | Civil No. JFM-04-1307  |
| v.                                                     | * |                        |
|                                                        | * |                        |
| PUTNAM AMERICAN GOVERNMENT INCOME FUND *et al.*        | * |                        |
|                                                        | * |                        |
| _____                         | * |                        |
| 1199 SEIU GREATER NEW YORK PENSION FUND *et al.*       | * |                        |
|                                                        | * |                        |
| v.                                                     | * | Civil No. JFM-04-1621  |
|                                                        | * |                        |
| MARSH & MCLENNAN CO., INC. *et al.*                    | * |                        |
|                                                        | * |                        |
| _____                         | * |                        |
| KLEIN                                                  | * |                        |
|                                                        | * | Civil No. JFM-04-1770  |
| v.                                                     | * |                        |
|                                                        | * |                        |
| HILL                                                   | * |                        |
| _____                         | * |                        |

|  |  |  |
|---|---|---|
| | * | |
| WIEGAND | * | |
| | * | |
| v. | * | Civil No. JFM-04-1771 |
| | * | |
| HILL *et al.* | * | |
| | * | |
| ————————————————— | * | |
| | * | |
| FREDERIC IAN FISCHBEIN PC | * | |
| AMENDED/RESTATED EMPLOYEE | * | |
| BENEFIT TRUST DATED 12/1/84 | * | |
| | * | Civil No. JFM-04-1873 |
| v. | * | |
| | * | |
| MARSH & MCLENNAN CO., INC. *et al.* | * | |
| | * | |
| ————————————————— | * | |
| | * | |
| CITRON *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-1921 |
| | * | |
| PACIFIC INVESTMENT MGMT. CO. *et al.* | * | |
| | * | |
| ————————————————— | * | |
| | * | |
| KAPOOR | * | |
| | * | Civil No. JFM-04-1922 |
| v. | * | |
| | * | |
| BARCOCK *et al.* | * | |
| | * | |
| ————————————————— | * | |
| | * | |
| ALEXANDER | * | |
| | * | |
| v. | * | Civil No. JFM-04-1923 |
| | * | |
| BABCOCK *et al.* | * | |
| | * | |
| ————————————————— | * | |
| | * | |
| MCBRIDE *et al.* | * | |
| | * | Civil No. JFM-04-1924 |
| v. | * | |
| | * | |
| ALLIANZ DRESDNER ASSET MGMT. | * | |
| OF AMERICA, LP *et al.* | * | |
| | * | |
| ————————————————— | * | |

|  |  |  |
|---|---|---|
| | * | |
| EDWARD I. SEGEL IRA *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-1925 |
| | * | |
| ALLIANZ DRESDNER ASSET MGMT. | * | |
| OF AMERICA, LP *et al.* | * | |
| _____ | * | |
| | * | |
| KAUFMAN | * | |
| | * | Civil No. JFM-04-1926 |
| v. | * | |
| | * | |
| PIMCO STOCKSPLUS FUND *et al.* | * | |
| _____ | * | |
| | * | |
| ANTHONY WAYNE CREDIT ADJUSTORS | * | |
| | * | |
| v. | * | Civil No. JFM-04-1927 |
| | * | |
| ALLIANZ DRESDNER ASSET MGMT. | * | |
| OF AMERICA, LP *et al.* | * | |
| _____ | * | |
| | * | |
| STACKLER *et al.* | * | |
| | * | Civil No. JFM-04-1928 |
| v. | * | |
| | * | |
| ALLIANZ DRESDNER ASSET MGMT. | * | |
| OF AMERICA, LP *et al.* | * | |
| _____ | * | |
| | * | |
| COMBINED WELFARE FUND *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-1933 |
| | * | |
| ALLIANZ DRESDNER ASSET MGMT. | * | |
| OF AMERICA, LP *et al.* | * | |
| _____ | * | |

|  |  |  |
|---|---|---|
| | * | |
| SHAHI *et al.* | * | |
| | * | Civil No. JFM-04-2605 |
| v. | * | |
| | * | |
| PUTNAM, LLC | * | |
| | * | |
| ———————————————— | * | |
| PARTHASARATHY | * | |
| | * | |
| v. | * | Civil No. JFM-04-3798 |
| | * | |
| RS DIVERSIFIED GROWTH FUND *et al.* | * | |
| | * | |
| ———————————————— | * | |
| BEAL | * | |
| | * | Civil No. JFM-05-1086 |
| v. | * | |
| | * | |
| VARIABLE ANNUITY LIFE INSURANCE CO. *et al.* | * | |
| | * | |
| ———————————————— | * | |
| PRESS | * | |
| | * | |
| v. | * | Civil No. JFM-05-2221 |
| | * | |
| PUTNAM INVESTMENT FUNDS *et al.* | * | |
| | * | |
| ———————————————— | * | |
| WIGGINS | * | |
| | * | Civil No. JFM-04-818 |
| v. | * | |
| | * | |
| JANUS CAPITAL GROUP, INC., *et al.* | * | |
| | * | |
| ———————————————— | * | |
| LEPERA | * | |
| | * | |
| v. | * | Civil No. JFM-04-814 |
| | * | |
| INVESCO FUNDS GROUP, INC. *et al.* | * | |
| ———————————————— | * | |

|  | |  |
|---|---|---|
| | * | |
| RAVER | * | |
| | * | Civil No. JFM-04-820 |
| v. | * | |
| | * | |
| INVESCO FUNDS GROUPS, INC. *et al.* | * | |
| | * | |
| ――――――――――――――――――――――――――― | * | |
| | * | |
| FATTAH *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-821 |
| | * | |
| INVESCO ADVANTAGE HEALTH | * | |
| SCIENCES FUND *et al.* | * | |
| | * | |
| ――――――――――――――――――――――――――― | * | |
| | * | |
| EHRLICH *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-823 |
| | * | |
| INVESCO ADVANTAGE HEALTH | * | |
| SCIENCES FUND *et al.* | * | |
| | * | |
| ――――――――――――――――――――――――――― | * | |
| | * | |
| GORSUCH *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-825 |
| | * | |
| INVESCO FUND GROUP, INC. *et al.* | * | |
| | * | |
| ――――――――――――――――――――――――――― | * | |
| | * | |
| LOWINGER *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-905 |
| | * | |
| INVESCO ADVANTAGE HEALTH | * | |
| SCIENCES FUND *et al.* | * | |
| ――――――――――――――――――――――――――― | * | |

RUSSO

v.

INVESCO ADVANTAGE HEALTH
SCIENCES FUND *et al.*

_____

BILSKI

v.

AIM INTERNATIONAL FUNDS, INC. *et al.*

_____

GALLO

v.

INVESCO FUNDS GROUP, INC. *et al.*

_____

BALLAGH

v.

INVESCO FUNDS GROUP, INC. *et al.*

_____

GOODMAN

v.

INVESCO FUNDS GROUP, INC. *et al.*

_____

WEINRIB

v.

INVESCO FUND GROUP, INC. *et al.*

_____

*
*
*
*   Civil No. JFM-04-914
*
*
*
*
*
*
*   Civil No. JFM-04-1159
*
*
*
*
*
*   Civil No. JFM-04-1276
*
*
*
*
*   Civil No. JFM-04-1277
*
*
*
*
*   Civil No. JFM-04-1278
*
*
*
*
*   Civil No. JFM-04-1297
*
*

|  |  |  |
|---|---|---|
| | * | |
| CLANCY | * | |
| | * | |
| v. | * | Civil No. JFM-04-1303 |
| | * | |
| INVESCO ADVANTAGE HEALTH | * | |
| SCIENCES FUND *et al.* | * | |
| | * | |
| ——————————————— | * | |
| | * | |
| WALDSMN | * | |
| | * | |
| v. | * | Civil No. JFM-04-821 |
| | * | |
| INVESCO FUNDS GROUP, INC. *et al.* | * | |
| | * | |
| ——————————————— | * | |
| | * | |
| KRAMER | * | |
| | * | |
| v. | * | Civil No. JFM-04-1454 |
| | * | |
| AMVESCAP PLC *et al.* | * | |
| | * | |
| ——————————————— | * | |
| | * | |
| VONDER HAAR *et al.* | * | |
| | * | |
| v. | * | Civil No. JFM-04-1483 |
| | * | |
| INVESCO FUNDS GROUP, INC. *et al.* | * | |
| | * | |
| ——————————————— | * | |
| | * | |
| ESSENMACHER | * | |
| | * | |
| v. | * | Civil No. JFM-04-2271 |
| | * | |
| INVESCO FUND GROUP, INC. *et al.* | * | |
| | * | |
| ——————————————— | * | |
| | * | |
| PERENTESIS | * | |
| | * | |
| v. | * | Civil No. JFM-05-2401 |
| | * | |
| AIM INVESTMENTS | * | |
| ——————————————— | * | |

|  | * |  |
|---|---|---|
| MCGRAW | * |  |
|  | * |  |
| v. | * | Civil No. JFM-05-2876 |
|  | * |  |
| AIM ADVISORS, INC. *et al.* | * |  |
|  | * |  |
| ──────────────────────── | * |  |
| BERDAT *et al.* | * |  |
|  | * |  |
| v. | * | Civil No. JFM-06-1561 |
|  | * |  |
| INVESCO FUNDS GROUP, INC. *et al.* | * |  |
| ──────────────────────── | * |  |

## ORDER

For the reasons stated in the opinion entered on October 19, 2007, in the above-captioned cases, it is, this 24th day of January, 2008

ORDERED

1.      Defendant's Omnibus Motion to Dismiss is granted in part and denied in part to the extent and for the reasons set forth in the October 19, 2007 opinion.

/s/ _____

J. Frederick Motz

United States District Judge