**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL No. 1586<br>Case No. 04-md-15863<br>(The Honorable J. Frederick Motz) |
| This Document Relates To<br>RS Funds Sub-Track | RS Case No. 04-cv-3798-JFM |

**RS DEFENDANTS' MOTION TO FILE UNDER SEAL: (1) MEMORANDUM IN SUPPORT OF RS ADVISERS' MOTION FOR SUMMARY JUDGMENT; (2) MEMORANDUM IN SUPPORT OF RS INDIVIDUALS' MOTION FOR SUMMARY JUDGMENT; (3) MEMORANDUM IN SUPPORT OF RS DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF MARC VELLRATH; (4) DECLARATION OF RICHARD GALLAGHER IN SUPPORT OF MOTIONS; (5) DECLARATION OF PROFESSOR ALLEN FARRELL IN SUPPORT OF MOTIONS; AND (6) DECLARATION OF DANIEL M. GARRETT IN SUPPORT OF MOTIONS**

PLEASE TAKE NOTICE THAT, pursuant to L. R. 105.11, defendants RS Investment Management, L.P., RS Investment Management, Inc., RS Investment Management Co., LLC, George Randall Hecht, Steven M. Cohen, James L. Callinan, Peter Keith, and Michael G. McCaffery (collectively, the "RS Defendants") move the Court for an Order to file under seal: (1) the Memorandum in Support of RS Advisers' Motion for Summary Judgment; (2) the Memorandum in Support of RS Individuals' Motion for Summary Judgment; (3) the Memorandum in Support of RS Defendants' Motion to Exclude Testimony of Marc Vellrath; (4) the Declaration of Richard Gallagher in Support of the above three listed motions; (5) the Declaration of Professor Allen Farrell in Support of the above three listed motions; and (6) the Declaration of Daniel M. Garrett in Support of the above three listed motions. Such filing under seal is necessitated by the Omnibus Order Regarding Confidentiality of Discovery Material in this case.

Dated: July 2, 2008                     Respectfully submitted,

                                        **ORRICK HERRINGTON & SUTCLIFFE LLP**

                                        By:     /s/ *James E. Burns, Jr.*
                                        JAMES E. BURNS, JR., *pro hac vice*
                                        PENELOPE A. GRABOYS BLAIR, *pro hac vice*
                                        KENNETH P. HERZINGER, *pro hac vice*
                                        The Orrick Building
                                        405 Howard Street
                                        San Francisco, CA 94105-2669
                                        Ph:  (415) 773-5700
                                        Fax: (415) 773-5759

                                        RUSSELL D. DUNCAN
                                        Columbia Center
                                        1152 15th Street, NW
                                        Washington, DC 20005-1706
                                        Ph:  (202) 339-8400
                                        Fax: (202) 339-8500

                                        *Attorneys for RS Investment Management, L.P., RS*

2

*Investment Management, Inc., RS Investment Management Co., LLC, George Randall Hecht, Steven M. Cohen, James L. Callinan, Peter Keith and Michael G. McCaffery*