**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION<br><br>This Document Relates to:<br>In re RS Funds | MDL 1586<br>Case No. 04-MD-15863<br>(Judge J. Frederick Motz) |
| Parthasarathy v. RS Investment Management, L.P., *et al.* | Case No. 04-cv-3798-JFM |

## NOTICE OF FILING DOCUMENTS UNDER SEAL

PLEASE TAKE NOTICE that pursuant to District of Maryland Local Rule 105.11 ("L.R. 105.11") and the Omnibus Order Regarding Confidentiality of Discovery Material entered by the Court on October 5, 2005 (Case No. 1:04-MD-15862, Docket Nos. 790, 823) (the "Confidentiality Order"), Plaintiffs will file the Memorandum of Law in Support of Plaintiffs' Motion for Class Certification Pursuant to Fed. R. Civ. P. 23, including all exhibits attached thereto, under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve the paper copies of the documents identified above.

Dated: July 2, 2008

                        STULL, STULL & BRODY

By:   /s/ James Lahm
      Jules Brody
      Aaron Brody
      James E. Lahm
      6 East 45th Street
      New York, New York 10017
      Tel:    (212) 687-7230
      Fax:   (212) 490-2022

*Lead Counsel for Plaintiffs*


      WEISS & LURIE
      Joseph H. Weiss
      Richard A. Acocelli
      551 Fifth Avenue
      New York, New York 10176
      Tel:    (212) 682-3025
      Fax:   (212) 682-3010

*Of Counsel*