UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | ) | |
|---|---|---|
| In re Mutual Funds Investment Litigation | ) | No. 04-md-15863 |
| | ) | |
| This Document Relates To: | ) | |
| In re Putnam, No. 04-MD-15863-06 | ) | |
| | ) | |
| Staehr v. Greenberg, et al. | ) | Civ. No. 04-md-00921 |
| | ) | |

[~~PROPOSED~~] ORDER

WHEREAS, plaintiff Doris Staehr ("Plaintiff"), suing derivatively on behalf of Marsh & McLennan Companies, Inc. ("MMC"), filed her complaint in this action (the "Action") against defendants Jeffrey W. Greenberg, Lawrence J. Lasser, Mathis Cabiallavetta, Ray J. Groves, Charles A. Davis, Peter Coster, Gwendolyn S. King, David A. Olsen, Lewis W. Bernard, Oscar Fanjul, Stephen R. Hardis, the RT. Hon. Lord Lang of Monkton, Morton O. Schapiro, Adele Simmons, AJC Smith, John T. Sinnott, John D. Ong, Francis N. Bonsignore, and nominal defendant MMC (collectively, the "Defendants") on or about January 1, 2004, and

WHEREAS, the parties have filed a stipulation of voluntary dismissal providing that the Action be dismissed as against all Defendants, without prejudice,

It is hereby ORDERED that the Action is dismissed as against all Defendants, without prejudice, and without costs to any party.

Dated: ~~November~~ DECEMBER 15, 2009

Hon. J. Frederick Motz
United States District Judge