# Exhibit List

**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
IN RE MUTUAL FUNDS INVESTMENT LITIGATION
Columbia Sub-Track
1:04-MD-15863**

**Exhibit A** - Columbia/Canary Severed Agreement and Stipulation of Settlement

**Exhibit B** - Columbia/Bear Stearns Severed Agreement and Stipulation of Settlement

**Exhibit C** - Columbia/Security Brokerage Severed Agreement and Stipulation of Settlement

**Exhibit D** - Stipulation of Settlement

**Exhibit E** - Preliminary Order

**Exhibit F** - Short Form Notice

**Exhibit G** - Long Form Notice

**Exhibit H** - Summary Notice of Proposed Settlements and Settlement Fairness Hearing

**Exhibit I** - Proof of Claim

**Exhibit J** - Order and Final Judgment