August 18, 2010

VIA CM/ECF ELECTRONIC FILING

Honorable J. Frederick Motz
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

        Re:    In re Mutual Funds Investment Litigation,
                    Case No. 04-15863 (Putnam Sub-Track)

Dear Judge Motz:

      This letter is sent on behalf of all parties in the Putnam sub-track, in response to the Court's directive that they submit a report on steps taken to aid potential class members who do not have holding information required in order to make a claim pursuant to the settlements in the above-referenced proceedings, as well as an update as to the response rate to notice of the settlements.

      There is no claim procedure in conjunction with the settlements in the Putnam sub-track (the Putnam Settlement,[1] the Prudential Settlement[2] or the Cross-Track Settlements[3] (collectively the "Settlements")).  Consequently, class members are not required to provide holdings

---

[1]    The Putnam Settlements refers to the settlement entered into between plaintiffs in the class action and Putnam Investment Management, LLC, Putnam Investments Trust, Putnam, LLC, Putnam Investment Management Trust, Putnam Retail Management Limited Partnership, Irene M. Esteves, Lawrence J. Lasser, Robert F. Lucey, Stephen M. Oristaglio and Gordon H. Silver (the "Putnam Defendants").

[2]    The Prudential Settlement refers to the settlement entered into between plaintiffs in the class action and Prudential Securities Incorporated, n/k/a Prudential Equity Group, LLC ("Prudential").

[3]    The Cross-Track Settlements refer the settlements entered into between plaintiffs in the class action and plaintiffs in the derivative action and (i) Banc of America Securities LLC ("BAS") and (ii) Canary Capital Partners, LLC, Canary Capital Partners Ltd., Canary Investment Management, LLC, and Edward Stern ("Canary") (BAS and Canary are collectively referred to as the "Cross-Track Defendants").

Honorable J. Frederick Motz
August 18, 2010
Page 2

information in that context.  Initially, however, class members seeking to exclude themselves from the Settlements were required to provide holdings information.

Since the July 28, 2010 teleconference, however, the Putnam Defendants, Prudential and the Cross-Track Defendants have agreed to lessen the burden on class members wishing to exclude themselves from the Settlements, and have agreed that class members should not be required to provide holding information in order to do so.

The website dedicated to the Putnam Settlement, Prudential Settlement and the Cross-Track Settlements – www.putnamsubtracksettlementinformation.com – has been updated to reflect this change.  The first page of the website contains the following statement:

> Key documents about the settlement are available for review on this website.  Click here for a full explanation of the settlements, including your right to opt out, other options and deadlines (the "Notice").  Any Class Member who requests to be excluded from the Class must do so by sending a written request for exclusion to Class Plaintiffs' counsel by first class mail to the address listed in the Notice, signed by the Class Member and providing all information called for in the Notice, except that contrary to the Notice, Class Members are no longer required to submit information concerning their holdings of shares in the Putnam Funds, as is requested in the Notice.  Such holdings information may be submitted but is not required in order for a Class Member to exclude him(her)self from the Class.

The website does not contain a Frequently Asked Questions ("FAQs") page.

To date, Plaintiffs' Counsel has received and verbally responded to approximately 60 telephone calls concerning the Settlements, responded by return e-mail to 9 e-mail inquiries, and sent 11 letters responding to written questions regarding the Settlements.  One class member has opted out of the Putnam Settlement.

Honorable J. Frederick Motz
August 18, 2010
Page 3

                                                  Respectfully submitted,

                                                  */s/ Jean M. Geoppinger*

OF COUNSEL:                                 _____

                                                  Stanley M. Chesley

Richard S. Wayne                       James R. Cummins
Nicole M. Lundrigan                 Terrance L. Goodman
John M. Levy                             Jean M. Geoppinger
STRAUSS & TROY                     WAITE, SCHNEIDER, BAYLESS,
The Federal Reserve Building        & CHESLEY CO., L.P.A.
150 East Fourth Street               1513 Fourth & Vine Tower
Cincinnati, Ohio  45202-4018        One West Fourth Street
Telephone:  (513) 621-2120          Cincinnati, Ohio  45202
Facsimile:  (513) 629-9426           Telephone:  (513) 621-0267
                                                  Facsimile:  (513) 621-0262

                                                 ***Counsel to Fund Investor Class Lead***
                                                 ***Plaintiff Ohio Tuition Trust Authority***


                                                 */s/ Glen L. Abramson (per authorization)*
                                                 _____
                                                 Sherrie R. Savett
                                                 Lawrence Deutsch
                                                 Glen L. Abramson
                                                 BERGER & MONTAGUE, P.C.
                                                 1622 Locust Street
                                                 Philadelphia, Pennsylvania  19103
                                                 Telephone:  (800) 424-6690
                                                 Facsimile:  (215) 875-4604

                                                 ***Counsel to Additional Named Plaintiff***
                                                 ***Joseph Shanis and Additional Counsel to***
                                                 ***the Putative Class***

Honorable J. Frederick Motz
August 18, 2010
Page 4

        */s/ Eben Colby (per authorization)*
        _____
        James R. Carroll
        Peter Simshauser
        Eben Colby
        SKADDEN, ARPS, SLATE, MEAGHER
        & FLOM, LLP
        One Beacon Street
        Boston, Massachusetts  02108
        Telephone:  (617) 573-4800
        Facsimile:  (617) 573-4822

        ***Counsel to the Putnam Defendants***

        */s/ John D. Donovan (per authorization)*
        _____
        John D. Donovan
        ROPES & GRAY, LLP
        One International Place
        Boston, Massachusetts  02110
        Telephone:  (617) 951-7566
        Facsimile:  (617) 235-0023

        ***Counsel to the Putnam Funds***

        */s/ Jason M. Hall (per authorization)*
        _____
        Thomas J. Kavaler
        Jonathan D. Thier
        Jason M. Hall
        86 Pine Street
        New York, New York  11201
        Telephone:  (212) 701-3000
        Facsimile:  (212) 269-5420

        ***Counsel to Prudential Securities***
        ***Incorporated (n/k/a Prudential***
        ***Equity Groups, LLC)***

Honorable J. Frederick Motz
August 18, 2010
Page 5

*/s/ H. Adam Prussin (per authorization)*
_____
H. Adam Prussin
POMERANTZ, HAUDEK, GROSSMAN
& GROSS, LLP
100 Park Avenue
New York, New York  10017
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665

***Counsel to the Putnam Fund Derivative Plaintiffs***


*/s/ Stephen M. Sinaiko (per authorization)*
_____
David S. Frankel
Stephen M. Sinaiko
KRAMER, LEVIN, NAFTALIS
& FRANKEL, LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000

***Counsel to Canary Capital Partners, LLC,***
***Canary Capital Partner, Ltd., Canary Investment***
***Management, LLC and Edward Stern***


*/s/ Martin J.E. Arms (per authorization)*
_____
Stephen R. DiPrima
Martin J.E. Arms
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

***Counsel to Banc of America Securities, LLC***