# Appendix of Exhibits
## Related to the Settlements of the Alger Sub-Track

- **Exhibit 1**  Affidavit of Eric Schachter Regarding the Mailing of the Notice

- **Exhibit 2**  Declaration of Stephen J. Cirami Concerning Compliance with the Publication Components of the Notice Programs

- **Exhibit 3**  Copy of Letter from Carl Hanzelik dated June 25, 2010

- **Exhibit 4**  Copy of the exclusion request submitted by Carl Hanzelik

- **Exhibit 5**  Affidavit of David Kessler in Support of Joint Petition for Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Barroway Topaz Kessler Meltzer & Check, LLP

- **Exhibit 6**  Affidavit of Mark C. Rifkin in Support of Joint Petition for Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Wolf Haldenstein Adler Freeman & Herz LLP

- **Exhibit 7**  Affidavit of Clifford S. Goodstein in Support of Joint Petition for Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Milberg LLP

- **Exhibit 8**  Affidavit of Nicholas E. Chimicles in Support of Joint Petition for Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Chimicles & Tikellis LLP

- **Exhibit 9**  Affidavit of H. Adam Prussin in Support of Joint Petition for Attorneys' Fees and Reimbursement for Attorneys' Expenses

- **Exhibit 10**  Affidavit of Martin D. Chitwood in Support of Joint Petition for Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Chitwood Harley Hanes LLP

- **Exhibit 11**  Affidavit of Nadeem Faruqi in Support of Joint Petition for Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Faruqi & Faruqi, LLP

- **Exhibit 12**  Unpublished Opinions