_____ ENTERED
_____ LOGGED   _____ RECEIVED

FEB 16 2011

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY  BCF
                                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:  MUTUAL FUNDS INVESTMENT §<br>LITIGATION                                    §<br>_____ §<br>                                                       §<br>IN RE: ALGER, COLUMBIA, JANUS,   §<br>MFS, ONE GROUP, PUTNAM AND    §<br>ALLIANZ DRESDNER                        §<br>                                                       §<br>                                                       §<br>                                                       §<br>                                                       §<br>                                                       §<br>                                                       §<br>                                                       § | MDL 1586<br><br>Case No. 04-md-15863<br>(Judge Motz)<br><br>**KIMBERLY J. CLIFTON'S<br>AMENDED OBJECTION TO<br>SETTLEMENT, OBJECTION TO<br>ATTORNEYS' FEES REQUEST<br>NOTICE OF INTENTION TO<br>APPEAR AND REQUEST TO<br>SPEAK AT THE HEARING** |

TO THE HONORABLE DISTRICT JUDGE:

Objector moves to quash the deposition of Kimberly J. Clifton for the following reasons:

I.

Clifton is a class member.  The only documents she has relative to Allianz are attached to her objection.  Clifton fully complied with the requirements of the notice and settlement agreement.

II.

I am representing Clifton on a pro bono basis.  There is no "retention agreement."  I have not offered her any inducement to object and she contacted me through her husband.  I did not initiate contact.

III.

Based upon the above, there is no rational explanation for Plaintiff's conduct other than a fishing expedition calculated to multiply the proceedings unreasonably and to harass and intimidate Clifton.

IV.

There is no need for Clifton's testimony to be perpetuated as she has lived in Dallas more

than ten years and she is in excellent health.  Additionally, Rule 27(b). Fed.R.Civ.Proc. requires

the party seeking the deposition to give reasons for perpetuating testimony.  Lead counsel has not

done that.

V.

As for the documents requested in Schedule A there are none.  As stated above, all

Clifton's documents were attached to her objections and there is no retention agreement.

VI.

If the Court overrules this motion we reserve the right to seek fees and costs under 28

U.S.C.A. §1927.

Respectfully submitted,

Thomas L. Cox, Jr.
S. B. 04964400
4934 Tremont
Dallas, Texas  75214
(469) 531-3313
FAX:  (214) 855-7878
tcox009@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been mailed on the
11th day of February, 2011 as follows:

Clerk, U.S. District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD  21201

Robert M. Kornreich
Chet B. Waldman
Andrew E. Lencyk
Wolf Popper LLP
845 Third Avenue
New York, NY  10022

_____
Thomas L. Cox, Jr.