IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| IN RE ALLIANCE, FRANKLIN/TEMPLETON, BANK OF AMERICA/NATIONS FUNDS, and PILGRIM BAXTER | Case No. 04-md-15863 (Judge J. Frederick Motz) |
| [Allianz-Dresdner Subtrack] | |

## ORDER

For the reasons stated in the Opinion being entered herewith, it is, this 23rd day of March, 2011

ORDERED that Kimberly J. Clifton's Objection to the Proposed Settlement and Objection to Attorneys' Fees Request is rejected.

                                                    /s/
                                      J. Frederick Motz
                                      United States District Judge