FILED
LOGGED
ENTERED
RECEIVED

MAR 28 2011

BY BCF

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
AT BALTIMORE

DEPUTY

**IMPORTANT! DO NOT DISCARD!**

THE CLAIM NUMBER AND CONTROL NUMBER LISTED TO THE RIGHT ARE IMPORTANT IF YOU WOULD LIKE TO FILE A CLAIM. FOR INFORMATION ABOUT HOW TO FILE A CLAIM, PLEASE SEE THE ENCLOSED NOTICE

MFC071949538

A M SHAPIRO & B G WHEELER TRUSTEES
ALLAN ELECTRIC COMPANY INC 401K
HILDA N PEREZ
356 E 22ND ST APT 2B
PATERSON NJ 07514-2337

New address change
19 May Ave.
Totowa, NJ
07512

**MFS Mutual Fund Settlement**

Claim Number: 01682941

Control Number: 06982335345

MFC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION )<br><br>This Document Relates To: )<br>MFS Sub-Track, )<br>04-md-15863-04 ) | MDL No. 1586<br><br>Case No. 04-MD-15863-04<br>(Hon. J. Frederick Motz) |

### NOTICE OF PENDENCY AND PROPOSED SETTLEMENTS OF CLASS ACTIONS, MOTION FOR ATTORNEYS' FEES AND EXPENSES, AND SETTLEMENT HEARING

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*If you (a) purchased, owned or held shares in the mutual funds advised by the Massachusetts Financial Services Company listed below (the "MFS Funds") during the period from July 31, 1999 to December 8, 2003, inclusive (the "Class Period"), or (b) were a participant in or beneficiary of the MFSavings Retirement Plan during the same time period and your account included investments in one or more of the MFS Funds, then YOU COULD RECEIVE A PAYMENT FROM CLASS ACTION SETTLEMENTS AND YOUR LEGAL RIGHTS MAY BE AFFECTED.*

*In addition, if you currently hold shares in the MFS Funds, certain other rights may be affected by a settlement of a derivative action.*

YOU ARE HEREBY NOTIFIED of a $75,042,250 cash settlement of a securities class action, ERISA class action[1], and derivative action lawsuit affecting investors in certain mutual funds in the Massachusetts Financial Services Company ("MFS") family of mutual funds, consolidated in the actions captioned: *In re Mutual Funds Investment Litigation*, MDL-1586 (D. Md.), *Riggs v. MFS, et al.*, No. 04-cv-01162-JFM (D. Md) (the "Class Action"), *Walker v. MFS, et al.*, No. 04-md-01758 (D. Md.) (the "ERISA Action"), and *Hammerslough v. MFS, et al.*, No. 04-md-01620 (D. Md.) (the "Derivative Action") (collectively, the "Actions"). You may be eligible for a payment from the settlement proceeds, or you may act on other legal rights. **Important facts and terms are highlighted below, and explained in more detail in the Long-Form Notice of Pendency and Proposed Settlements of Class, ERISA and Derivative Actions, Motion for Attorneys' Fees and Expenses, and Settlement Hearing (the "Long-Form Notice") available at www.mutualfundsettlements.com/mfs.** The terms of these Settlements are embodied in a series of Stipulations and Agreements of Settlement with the Settling Defendants (the "Stipulations") also available at the website.

*NOTE: This Notice (except with respect to the OAG/Canary recovery described below) concerns the settlement of private lawsuits. These Settlements are distinct from the settlements that government regulators, including the Securities and Exchange Commission ("SEC"), previously reached concerning market-timing and late trading in MFS mutual funds, including with MFS and related parties. Any payment that you may be eligible for under this private settlement is in addition to any payment you may have received from a regulatory settlement. For more information about the SEC settlements, see http://www.sec.gov/divisions/enforce/claims/mfs.htm.*

- **The Mutual Funds (or Securities) At Issue:** MFS Emerging Growth Fund, MFS Research Fund, MFS Value Fund, Massachusetts Investors Trust, Massachusetts Investors Growth Stock Fund, MFS Total Return Fund, MFS Government Securities Fund, MFS Government Mortgage Fund, MFS Capital Opportunities Fund, MFS Utilities Fund, MFS Mid Cap Growth Fund, MFS Managed Sectors Fund, MFS Growth Opportunities Fund, MFS Large Cap Growth Fund, MFS International Growth Fund, MFS Global Growth Fund, MFS Global Equity Fund, MFS High Income Fund, MFS Municipal Bond Fund, MFS Strategic Value Fund, MFS Research International Fund, and MFS New Discovery Fund. These funds are described in this Notice as the "MFS Funds."

- **Time Period:** July 31, 1999 through December 8, 2003, inclusive (the "Class Period").

- **The Settlement Classes:** If you purchased, owned or held shares in any of the MFS Funds during the Class Period, you are a member of the Investor Class. If you were a participant in or beneficiary of the MFSavings Retirement Plan (the "MFS Plan") during the Class Period and your account included investments in the MFS Funds, you are a member of the ERISA Class.[2]

- **Total Settlement Amount:** $75,042,250 (the "Settlement Fund") plus interest earned on the Settlement Fund (the "Gross Settlement Fund"). The Settlement Fund is comprised of (i) $15,000,000 paid on behalf of the MFS Defendants for the benefit of the Investor Class, ERISA Class and the MFS Funds,[3] (ii) $3,680,000 paid on behalf of Banc of America Securities, LLC for the benefit of the Investor Class and the MFS Funds, (iii) $3,486,000 paid on behalf of the Bear Stearns Defendants for the benefit of the Investor Class, (iv) $1,095,000 paid on behalf of the Canary Defendants for the benefit of the Investor Class and

---

[1] "ERISA" refers to the Employee Retirement Income Security Act of 1974, Pub. L. 93-406, 88 Stat. 829.

[2] Defendants and certain persons and entities affiliated with Defendants are excluded from the Classes. Details about the persons and entities excluded from the Classes are available in the Long-Form Notice.

[3] As additional consideration for the Settlement with the MFS Defendants, MFS will establish, and maintain for at least five years, an internal group to develop and implement policies to monitor and prevent market timing and late trading in the MFS Funds. In addition, if the costs of obtaining the names and current addresses of Class Members who held shares through brokers or other intermediaries exceed $3 million, the MFS Defendants will pay 50% of the next $4 million in such costs.