UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION ) | MDL 1586 |
| ) | |
| This document relates to: MFS Subtrack: ) | |
| 04-CV-15863-04 ) | |
| ) | Case No. 04-CV-15863 |
| This document also relates to the following case ) | (Hon. J. Frederick Motz) |
| in that Subtrack: *Reaves v. MFS Series Trust I*, ) | |
| Civil Action No. 05-CV-2220 ) | |
| ) | |

## JUDGMENT

This case (*Reaves v. MFS Series Trust I, et al.*, 05-CV-2220) is dismissed with prejudice and without costs.

5/25/11

J. FREDERICK MOTZ
U.S. DISTRICT JUDGE