TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| **X** Notice of Filing<br>   Cross Appeal<br>   Interlocutory Appeal (s)<br>-  Additional NOA<br>   Corrected Amended NOA<br>-  Transmittal of Record<br>-  Transmittal of Certificate<br>-  Supplement to ROA<br>-  Supplemental Certificate<br>-  Other _____ | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>Caption<br><br>**Robert Brockway**<br>**Vs**<br>**Evergreen International Trust**<br>**Et al** | District Court Case No. 04-md-015863<br>4CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge=s recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1.  NOA filed: **05/19/11**<br><br>2.  Amended NOA filed: | 4.  Fees                                                      \_\_ no fee required<br>    $5 filing fee:                paid      **X**  unpaid<br>    $250 docketing fee:       paid      **X**  unpaid<br>    Pauper status:  granted  \_\_ denied  \_\_ pending in District Court<br>    Does PLRA apply?   \_\_ yes  \_**X**\_ no   3 strikes?   \_\_ yes  \_**X**\_ no<br>    (If PLRA applies, 4CCA sends forms and acts on application.) |
| 3.  District Judge: **J. Frederick Motz** | 5.  Materials Under Seal in District Court?  **X** yes   no<br><br>        Party Names Under Seal in District Court?   yes  **X** no |
| 6. Official Court Reporter(s)<br>   **Christine Asif**<br>   **Mary Zajac**<br><br>  Coordinator(s):<br>   **Nadine R. Mitter** | 7.  Transcript In-Court Hearing Held          **X** yes        \_ no<br><br>8.  Criminal/Prisoner Cases<br><br>    \_\_ recalcitrant witness         Defendants Address:<br>    \_\_ on death row<br>    \_\_ in custody<br>    \_\_ on bond<br>    \_\_ on probation |

| **Part II** | TRANSMITTAL OF RECORD TO COURT OF APPEALS |
|---|---|
| ORIGINAL RECORD<br>Pleadings:        Vols. _____<br>Transcript:       Vols. _____<br>Exhibits:         Vols. _____<br>Depositions:      Vols. _____<br>State Ct. Record: Vols. _____<br>Sealed:           Vols. _____<br>No. of Boxes           _____ | SUPPLEMENT TO RECORD - SUPPLEMENT #<br>Pleadings:        Vols. _____<br>Transcript:       Vols. _____<br>Exhibits:         Vols. _____<br>Depositions:      Vols. _____<br>State Ct. Record: Vols. _____<br>Sealed:           Vols. _____<br>No. of Boxes           _____ |

Deputy Clerk: **Nadine R. Mitter**          Phone:   **(410) 962-3855**          Date:  **May 25, 2011**