IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE ALGER, COLUMBIA, JANUS, MFS, ONE GROUP, ALLIANZ DRESDNER AND PUTNAM | No. 04-MD-15863-05 |
| This Document Relates To: | (Hon. J. Frederick Motz) |
| The One Group Subtrack | |

## ~~[PROPOSED]~~ CLASS DISTRIBUTION ORDER

**WHEREAS**, on October 25, 2010, the Court entered a Judgment Approving Settlements and Dismissing Actions Against the Settling Defendants in the One Group Subtrack (the "Stipulation") and an Order Approving Plan of Allocation In the One Group Subtrack; and

**WHEREAS**, the Court has directed the parties to consummate the terms of the Stipulation and the Plan of Allocation; and

**WHEREAS**, the Court has retained jurisdiction of the above-captioned action (the "Action") for the purpose of considering any further application or matter which may arise in connection with the administration and execution of the Settlement and the distribution of the Class Fund to the Distribution Class.

**NOW, THEREFORE**, upon consideration of the Affidavit of Madeline J. FitzGerald of Boston Financial Data Services, Inc. ("Boston Financial"), the Settlement Fund Administrator, the accompanying Memorandum of Law, and upon all prior proceedings herein and after due deliberation, it is hereby

**ORDERED**, that the Class Fund, shall be distributed to the members of the Distribution Class as determined by Boston Financial as being eligible to receive at

least $10.00 in accordance with the Plan of Allocation approved by the Court; and it is further

**ORDERED** that, as provided in the Plan of Allocation previously approved by the Court, after reasonable and diligent efforts have been made to have the Distribution Class Members cash their distributions, the Settlement Fund Administrator is authorized to distribute any funds remaining in the Class Fund by reason of returned or unpaid distributions or otherwise, first to reimburse the Bank One Defendants for Notice and Administration Costs (up to a limit of $500,000 and then to the Distribution Funds; and it is further

**ORDERED**, that all persons involved in the review verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Gross Settlement Fund or the Class Fund (including, but not limited to Bank One Defendants and the Settlement Fund Administrator) are released and discharged from any and all claims arising out of such involvement, and all Class Members, whether or not they are to receive payment from the Class Fund are barred from making any further claim against the Class Fund or the released persons beyond the amount allocated to them pursuant to this Order; and it is further

**ORDERED**, that this Court retain jurisdiction over any further application or matter which may arise in connection with this action.

Dated: Baltimore, Maryland
_____, 2011

BY THE COURT:

_____
Honorable J. Frederick Motz
United States District Judge