UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 16, 2011

Memo to Counsel Re: MDL-15863, Janus Subtrack
*Wiggins v. Janus Capital Group Inc., et al.*,
Civil No. JFM-04-818

Dear Counsel:

    A conference call will be held at 4:30 pm on Tuesday, September 27, 2011. I ask counsel for plaintiff to make the arrangements for the conference call.

    Very truly yours,

    /s/

    J. Frederick Motz
    United States District Judge