IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MUTUAL FUNDS | * | |
| INVESTMENT LITIGATION | * | MDL-1586 |
| | * | |
| This document relates to: | * | |
| JANUS SUBTRACK | * | Case No. 04-15863 |
| | * | |
| Wayne County Employees' Retirement | * | Case No. 04-2604 |
| System v. Janus Capital Group, Inc. | * | |
| | ***** | |

ORDER

Upon consideration of the motion for entry of final judgment of dismissal (document 4) and it appearing that the motion is meritorious, it is, this 15th day of November 2011

ORDERED

1. JCG's motion for entry of final judgment of dismissal is granted; and

2. This action is dismissed with prejudice.

_____/s/_____
J. Frederick Motz
United States District Judge