FILED: December 16, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-1207
(1:04-cv-00518-JFM)
(1:04-md-15863-JFM)

_____

GLORIA STEINBERG; MICHAEL GAINES; SHARON GAINES; ROGER BAILEY; JOSEPH CORDANI; BARBARA CORDANI; MICHAEL LIPSTEIN; JAMES E. SCHULTZ; RHONDA VLADIMIR; ROBERT K. FINNELL; SHERRY CHAIT; GERALD CHAIT; MEI HUNG; JASON HUNG; ROBIN RESNICK; DOREEN DUKE; LAURI C. BADER; SYLVIA VOLIN; GEORGE TSETSEKOS; LAWRENCE A. STIGAS; JEAN STIGAS; ERIK P. GAGNON; MARK J. KEANE; REIKO GAGNON; KATHARINE CLARK

        Plaintiffs - Appellants

v.

JANUS CAPITAL MANAGEMENT, LLC; JANUS CAPITAL GROUP, INCORPORATED; JANUS INVESTMENT FUND, Nominal Defendant; JANUS ASPEN SERIES, Nominal Defendant; JANUS ADVISER SERIES, Nominal Defendant; JANUS DISTRIBUTORS, LLC

        Defendants - Appellees

 and

CANARY CAPITAL PARTNERS, LLC; CANARY INVESTMENT MANAGEMENT, LLC; CANARY CAPITAL PARTNERS, LLC; EDWARD J. STERN; BANC OF AMERICA SECURITIES, LLC; BANK OF AMERICA CORPORATION; CIBC WORLD MARKETS; CIBC SECURITIES,

INCORPORATED; WALL STREET GLOBAL, LLC; TRAUTMAN WASSERMAN & COMPANY, INCORPORATED; SMITH BARNEY CITIGROUP; PRITCHARD CAPITAL PARTNERS, LLC; GOLDEN GATE FINANCIAL GROUP, LLC; AURUM SECURITIES CORPORATION; AURUM CAPITAL MANAGEMENT CORPORATION; PERKINS WOLF MCDONNELL & COMPANY; BAY ISLAND FINANCIAL, LLP; ENHANCED INVESTMENT TECHNOLOGIES, LLC

   Defendants

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

This court's mandate is stayed under Fed. R. App. P. 41(d)(1), which provides that "[t]he timely filing of a petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, stays the mandate until disposition of the petition or motion."

                       */s/Patricia S. Connor, Clerk*