UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| This Document Relates To: The Putnam Subtrack -- Fund Derivative Actions | Civil Action No. 04-MD-15863 Honorable J. Frederick Motz |
| Lead Fund Derivative Action: *Zuber, et al. v. Putnam Investment Management LLC, et al.* | Civil Action No. 04-cv-00564 |

## STIPULATION OF DISMISSAL

The above-titled action (including all actions transferred and/or consolidated hereunder) is/are hereby dismissed on the merits, with prejudice, and without costs.

December 28, 2011

s/ H. Adam Prussin
H. Adam Prussin
POMERANTZ, HAUDEK, GROSSMAN
 & GROSS LLP
100 Park Avenue, 26th Floor
New York, New York 10017
Tel: (212) 661-1100
Fax: (212) 661-8665
haprussin@pomlaw.com

Lead Counsel for Derivative Plaintiffs

                                                  s/ James R. Carroll
                                                  James R. Carroll
Peter Simshauser
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
Tel: (617) 573-4800
Fax: (617) 573-4822
jcarroll@skadden.com
psimshauser@skadden.com

Counsel for Defendants Putnam Investment Management, LLC, Putnam Retail Management, LP, Putnam Retail Management GP, Inc., and Putnam Fiduciary Trust Co.

                                        \*    \*    \*

SO ORDERED.

_____
THE HONORABLE J. FREDERICK MOTZ
  UNITED STATES DISTRICT JUDGE