FILED: January 6, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-1207
(1:04-cv-00518-JFM)
(1:04-md-15863-JFM)

_____

GLORIA STEINBERG; MICHAEL GAINES; SHARON GAINES; ROGER BAILEY; JOSEPH CORDANI; BARBARA CORDANI; MICHAEL LIPSTEIN; JAMES E. SCHULTZ; RHONDA VLADIMIR; ROBERT K. FINNELL; SHERRY CHAIT; GERALD CHAIT; MEI HUNG; JASON HUNG; ROBIN RESNICK; DOREEN DUKE; LAURI C. BADER; SYLVIA VOLIN; GEORGE TSETSEKOS; LAWRENCE A. STIGAS; JEAN STIGAS; ERIK P. GAGNON; MARK J. KEANE; REIKO GAGNON; KATHARINE CLARK

       Plaintiffs - Appellants

v.

JANUS CAPITAL MANAGEMENT, LLC; JANUS CAPITAL GROUP, INCORPORATED; JANUS INVESTMENT FUND, Nominal Defendant; JANUS ASPEN SERIES, Nominal Defendant; JANUS ADVISER SERIES, Nominal Defendant; JANUS DISTRIBUTORS, LLC

       Defendants - Appellees

 and

CANARY CAPITAL PARTNERS, LLC; CANARY INVESTMENT MANAGEMENT, LLC; CANARY CAPITAL PARTNERS, LLC; EDWARD J. STERN; BANC OF AMERICA SECURITIES, LLC; BANK OF AMERICA CORPORATION; CIBC WORLD MARKETS; CIBC SECURITIES,

INCORPORATED; WALL STREET GLOBAL, LLC; TRAUTMAN WASSERMAN & COMPANY, INCORPORATED; SMITH BARNEY CITIGROUP; PRITCHARD CAPITAL PARTNERS, LLC; GOLDEN GATE FINANCIAL GROUP, LLC; AURUM SECURITIES CORPORATION; AURUM CAPITAL MANAGEMENT CORPORATION; PERKINS WOLF MCDONNELL & COMPANY; BAY ISLAND FINANCIAL, LLP; ENHANCED INVESTMENT TECHNOLOGIES, LLC

        Defendants

_____

## M A N D A T E
_____

The judgment of this court, entered December 2, 2011, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*