_____ FILED     _____ ENTERED
_____ LOGGED    _____ RECEIVED

APR 09 2012

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY  BCF                 DEPUTY

# ARMANDO F. SANTOS, JR.
# AIDA R. SANTOS

Clerk of the Court
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re:   Janus Mutual Funds Settlement
      MDL No. 586
      Case No. 04-MD-15863
      Hon. J. Frederick Motz

April 5, 2012

To Whom It May Concern,

We have never heard from:

    **Cotchett, Pitre & McCarthy**     Telephone: (650) 697-6000
    840 Malcolm Road, Ste. 200
    Burlingame, CA 94010

    Class Lead Counsel Mark C. Molumphy

about this settlement. We have contacted this firm but the website does not work and and phone only accept messages. We are inquiring about the status of this litigation as we have not heard anything. We are in doubt about the legitimacy of this case. Please inform us. Thanks for the help.

Sincerely;

*[signature]*

Aida R. Santos

Letterhead Joint Pers

1962 Sandlewood        PHONE    (248) 351-3631
White Lake, MI         FAX      (248) 714-5313
48383                  E-MAIL   afsj3@yahoo.com
                       WEB SITE http://www