LAW OFFICES
## COTCHETT, PITRE & MCCARTHY, LLP

SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FAX (650) 697-0577

LOS ANGELES
SACRAMENTO

NEW YORK
WASHINGTON, DC

April 26, 2012

Aida R. Santos
Armando F. Santos, Jr.
1962 Sandlewood
White Lake, MI 48383

Re: **In re Janus Mutual Funds Investment Litigation, Case No. 04-md-15863**

Dear Mr. and Mrs. Santos:

I am writing in reference to your letter to Judge Motz dated April 5, 2012, and to follow up on our subsequent conversation with Mr. Santos.

In your letter, you stated that you contacted my firm but the website did not work and the phone only accepts messages. During our conversation, we confirmed that our website does work and that we are available by phone during regular business hours. Indeed, your first contact with our firm was not until April 5, 2012, the same day that you sent your letter to the Court, and just before Good Friday.

In any event, when we returned your call, Mr. Santos stated that he could not recall submitting a claim form to the Settlement Administrator nor did he retain a copy for his records. We contacted the Administrator on your behalf and determined that you did not file a claim. We understand the Administrator sent you a letter confirming the same. Unfortunately, because you did not submit a claim form, your claim is ineligible for recovery.

Please let us know if we can be of further assistance.

Sincerely,

MARK C. MOLUMPHY

cc: Clerk of the Court,
United States District Court
District of Maryland (via ECF)