# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE ALGER, COLUMBIA, JANUS, MFS, ONE GROUP, ALLIANZ DRESDNER AND PUTNAM | No. 04-MD-15863-05 |
| This Document Relates To: | (Hon. J. Frederick Motz) |
| The One Group Subtrack | |

## [Proposed] ORDER APPROVING RESIDUE PAYMENTS

**WHEREAS**, on August 9, 2011, the Court entered a Class Distribution Order in the One Group Subtrack authorizing the distribution of the Class Fund to the Distribution Class Members in accordance with the October 25, 2010 Plan of Allocation approved by the Court; and

**WHEREAS**, in accordance with the Class Distribution Order, the Court authorized the Settlement Fund Administrator, after making reasonable and diligent efforts to have the Distribution Class Members cash their distributions, to distribute any funds remaining in the Class Fund by reason of returned or unpaid distributions or otherwise, first to reimburse the Bank One Defendants for Notice and Administration Costs (up to a limit of $500,000.00) and then to the Distribution Funds; and

**WHEREAS**, the Court has retained jurisdiction of the above-captioned action (the "Action") for the purpose of considering any further application or matter which may arise in connection with the administration and execution of the Settlement and the distribution of the Class Fund.

**NOW, THEREFORE**, upon consideration of the accompanying Affidavit of Jennifer S. Hilton of Boston Financial Data Services, Inc. ("Boston Financial"), the

Settlement Fund Administrator, the accompanying Memorandum of Law, and upon all prior proceedings herein and after due deliberation, it is hereby

**ORDERED**, that the remaining residue in the Class Fund shall be paid by Boston Financial as follows: (1) $500,000.00 shall be paid to Bank One Defendants to partially reimburse them for Notice and Administration Costs; and (2) $350,690.95 shall be distributed *pro rata* to the Diversified International, Diversified Mid Cap and International Equity Index Funds; and it is further

**ORDERED**, that this Court retain jurisdiction over any further application or matter which may arise in connection with this action.

Dated: Baltimore, Maryland
_____May 7_____, 2012

BY THE COURT:

_____
Honorable J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 MAY -7 P 3: 41
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY