IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS ) <br> INVESTMENT LITIGATION ) <br> ) <br> This Document Relates To: ) <br> *MFS Sub-Track*, ) <br>     04-md-15863-04 ) <br> ) | MDL 1586 <br><br> Case No. 04-MD-15863-04 <br> (Hon. J. Frederick Motz) |

## NOTICE OF WITHDRAWAL

TO:   The Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Chad Johnson hereby withdraws as counsel of record. Bernstein Litowitz Berger & Grossmann LLP will continue to serve as Lead Counsel for the Investor Class Lead Plaintiff and the Investor Class.

Dated:  October 4, 2012              Respectfully Submitted,

                                            **BERNSTEIN LITOWITZ BERGER &**
                                            **GROSSMANN LLP**

                                              /s/ *William C. Fredericks*
                                            William C. Fredericks
                                            John J. Mills
                                            1285 Avenue of the Americas
                                            New York, NY 10019
                                            (212) 554-1400

                                            *Lead Counsel for the Investor Class Lead Plaintiff*
                                            *and the Investor Class*