IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE MUTUAL FUNDS           *
INVESTMENT LITIGATION        *       MDL-04-15863
                             *       MDL-04-2605
                          *****

## NOTICE OF APPEARANCE

Please enter the appearance of Kaveh S. Shahi, pro so and as counsel to Leslie S. Shahi, Cleary Shahi & Aicher, PC, in the above matters.

Respectfully submitted this 17th day of October, 2012.

_____
Kaveh S. Shahi, Esq.
Cleary Shahi & Aicher, P.C.
PO Box 6740
Rutland, Vermont 05702
Phone: (802) 775-8800
Fax: (802) 775-8809
kss@clearyshahi.com

PRO SE AND AS ATTORNEY
FOR LESLIE S. SHAHI

## PROOF OF SERVICE

I hereby certify that on October 17, 2012, I electronically filed with the Clerk of Court a Notice of Appearance using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing to all counsel of record.

Dated at Rutland, Vermont, this 17th day of October, 2012.

_____
Kaveh S. Shahi, Esq.
Cleary Shahi & Aicher, P.C.
PO Box 6740
Rutland, Vermont 05702
Phone: (802) 775-8800
Fax: (802) 775-8809
kss@clearyshahi.com

PRO SE AND AS ATTORNEY
FOR LESLIE S. SHAHI