

Caroline Cammack
1390 Glencoe St
Denver, CO 80220-2561

23 OCT 2012 PM 2 L

US District Court - Maryland
Honorable J. Fredrick Motz
101 Lombard St.
Baltimore, MD 21201