IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION ) ) ) This Document Relates To: ) *MFS Sub-Track*, ) 04-md-15863-04 ) ) | MDL 1586<br><br>Case No. 04-MD-15863-04<br>(Hon. J. Frederick Motz) |

## CERTIFICATE OF SERVICE

I, John J. Mills, hereby certify that the following documents were filed with the Court on December 20, 2012:

1. Investor Class Lead Plaintiff's Reply Memorandum in Further Support of Motion for Approval of Distribution Plan;

2. Declaration of John J. Mills in Further Support of Motion For Approval of Distribution Plan; and

3. Supplemental Declaration of Jason Zuena in Further Support of Motion For Approval of Distribution Plan.

The documents are being served on all Counsel of Record via the Court's Electronic Case Filing (ECF) system. The documents are also being served on each of the following claimants referenced in the papers: Contesting Claimants Maxine Davis (via email) and Bobby and Verna Ring (via FedEx), and Authorized Claimants Sandra Singer (via email) and Jeff Mitchell (via email).

_/s/ John J. Mills_
John J. Mills