IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | * <br> * <br> *   MDL No. 04-MD-15863 <br> * |
| IN RE PUTNAM SUBTRACK | *   Civil No. JFM-04-2605 <br> * |

******

## ORDER

Upon consideration of plaintiff's motion for suggestion to remand and the memoranda submitted therewith, and it appearing that the interest of the efficient resolution of any remaining pretrial matters would best be served by having the transferee judge appointed by the Judicial Panel on Multidistrict Litigation preside over the pretrial proceedings in the Mutual Funds Investment Litigation, it is, this 15th day of January 2013

ORDERED that plaintiff's motion for suggestion to remand (document 3625) be denied.

_____
J. Frederick Motz
United States District Judge