

**Katten Muchin Rosenman LLP**

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.8776 fax

ROBERT W. GOTTLIEB
robert.gottlieb@kattenlaw.com
(212) 940-7090 direct
(212) 940-6505 fax

January 16, 2013

The Honorable J. Frederick Motz
USDC – District of Maryland
101 West Lombard St
Baltimore, MD 21201

Re:   In re: Alger, Columbia, Janus, MFS, One Group, Putnam, Allianz Dresdner, No. 1:04-md-15863-JFM

Dear Judge Motz:

I have appeared before this Court in the above referenced actions. I will no longer be appearing in these matters, and request that my name be removed from the docket and the ECF system as an attorney to be noticed in this matter.

Thank you for your attention to this matter.

Respectfully submitted,

Robert W. Gottlieb