UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 9, 2013

MEMO TO COUNSEL RE: Shahi, et al. v. Putnam
Civil No. JFM-04-2605

Dear Counsel:

      This will confirm, as discussed during the conference held yesterday, that you will provide me with a proposed schedule or proposed disposition of this case on or before April 23, 2013. If any disagreement between you arises, I will hold another conference call.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge