# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION | MDL 1586 |
| This Document Relates To:<br>The Putnam Subtrack<br><br>*Shahi, et al. v. Putnam Investments, et al.* | Civil Action No. 04-MD-15863<br>Honorable J. Frederick Motz<br><br>Civil Action No. 04-2605 |

## ASSENTED-TO MOTION RE:  PRETRIAL SCHEDULE

Plaintiff Kaveh Shahi and counsel for Defendant Putnam U.S. Holdings I, LLC (sued herein as "Putnam Investments") ("Putnam") have agreed that:

1. In the interest of efficiency, the next phase of this action shall entail Putnam filing a motion to dismiss pursuant to F.R. Civ. P. 12(b);

2. Following the Court's ruling on such motion, if the motion is not granted in full the parties will propose a schedule for further pretrial proceedings (including Rule 26(a) exchanges, discovery and summary judgment practice); and

3. The following schedule shall govern the motion to dismiss:

   a. Putnam's moving papers        June 3, 2013 (on or before)

   b. Plaintiff's opposition          June 17, 2013 (on or before)

   c. Putnam's reply                 July 1, 2013 (on or before)

Wherefore, with the assent of Plaintiffs, Putnam respectfully requests that the Court enter a scheduling order consistent with the above.

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
Tel:  (617) 573-4800
Fax:  (617) 573-4822
Email:  james.carroll@skadden.com

Counsel for Defendant Putnam Investments