UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MUTUAL FUNDS INVESTMENT LITIGATION (PUTNAM SUBTRACK) ) ) ) ) | MDL Docket No. 1586<br>Civil Action No. 04-MD-15863<br>Honorable J. Frederick Motz |
| *Shahi v. Putnam Investments* ) | Civil Action No. 04-2605 |

## CERTIFICATE OF SERVICE

I, Kaveh S. Shahi, pro se and as counsel to Leslie S. Shahi, Cleary Shahi & Aicher, PC, hereby certify that on the 9th day of September, 2013, I served a copy of Plaintiffs' Amended Complaint by forwarding copies of same to James R. Carroll, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, One Beacon Street, Boston, MA 02108-3194, via first class U.S. mail, postage prepaid.

Respectfully submitted this 9th day of September, 2013.

/s/ Kaveh S. Shahi, Esq.
Cleary Shahi & Aicher, P.C.
PO Box 6740
Rutland, Vermont 05702
Phone: (802) 775-8800
Fax: (802) 775-8809
kss@clearyshahi.com

PRO SE AND AS ATTORNEY
FOR LESLIE S. SHAHI